**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: | Chapter 11 |
|     TRONOX INCORPORATED, *et al.*, | Case No. 09-10156 (ALG) |
|                       Debtors. | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRONOX INCORPORATED, TRONOX
WORLDWIDE LLC f/k/a Kerr-McGee
Chemical Worldwide LLC, and TRONOX
LLC f/k/a Kerr-McGee Chemical LLC,

                      Plaintiffs,

     - against -                                             Adv. Proc. No. 09-01198 (ALG)

ANADARKO PETROLEUM
CORPORATION and KERR-MCGEE
CORPORATION,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING THE UNITED STATES OF AMERICA'S MOTION TO INTERVENE

Upon the motion of the United States of America to intervene in the above-captioned adversary proceeding, and upon the hearing on that motion conducted on June 9, 2009, IT IS HEREBY ORDERED THAT:

1.     The United States of America's motion to intervene is granted.

2.     The United States of America is authorized to file its complaint-in-intervention in this adversary proceeding, in the form attached as Exhibit B to the motion.

3.     The Clerk of Court is directed to amend the caption of this adversary

proceeding.  The new caption shall read:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TRONOX INCORPORATED, TRONOX
WORLDWIDE LLC f/k/a Kerr-McGee
Chemical Worldwide LLC, and TRONOX
LLC f/k/a Kerr-McGee Chemical LLC,

            Plaintiffs,

    - against -                            Adv. Proc. No.  09-01198 (ALG)

ANADARKO PETROLEUM
CORPORATION and KERR-MCGEE
CORPORATION,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE UNITED STATES OF AMERICA,

            Plaintiff-Intervenor,

    - against -

TRONOX, INC., TRONOX WORLDWIDE LLC,
TRONOX LLC, KERR-McGEE
CORPORATION, and ANADARKO
PETROLEUM CORPORATION,

           Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SO ORDERED:

Dated:    New York, New York
            _____, 2009


_____
HON. ALLAN L. GROPPER
UNITED STATES BANKRUPTCY JUDGE