TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for Debtors
 and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York  10119
(212) 594-5000
Albert Togut

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| TRONOX INCORPORATED, *et al.*, | Case No. 09-10156 (ALG) |
| Debtors. | Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC, | |
| Plaintiffs, | |
| v. | Adversary Proceeding No. 09-01198 (ALG) |
| ANADARKO PETROLEUM CORPORATION and KERR-MCGEE CORPORATION, | |
| Defendants. | |
| THE UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-McGEE CORPORATION, and ANADARKO PETROLEUM CORPORATION, | |
| Defendants. | |

## NOTICE OF SERVICE OF SUBPOENA

In accordance with Fed R. Bankr. P. 45(b)(1), made applicable to adversary proceedings by Rule 9016 of the Federal Rules of Bankruptcy Procedure, Plaintiffs Tronox Incorporated, *et al.,* give notice to the Defendants in the above-referenced adversary proceeding that it has issued and served a subpoena upon Apollo Management, L.P. on July 9, 2009 for the production of documents. The Subpoena is in the form attached hereto.

Dated: New York, New York
 July 9, 2009

          TOGUT, SEGAL & SEGAL LLP
          Conflicts Counsel for the Debtors
          By:

          /s/ Katherine J. Weall
          KATHERINE J. WEALL
          One Penn Plaza, Suite 3335
          New York, New York 10019
          (212) 594-5000

## CERTIFICATE OF SERVICE

I, Katherine J. Weall, Esq., hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 9th day of July 2009, I caused a true and correct copy of the foregoing Plaintiffs' Notice of Service of Subpoena to be served upon the following:

**Via U.S. Mail and Electronic Mail**

Melanie Gray
Jason W. Billeck
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, Texas  77002

*Counsel to Anadarko Petroleum Corporation
and Kerr-McGee Corporation*

**Via Electronic Mail**

| | |
|---|---|
| David A. Crichlow<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY  10036 | Robert N. Kravitz<br>Paul, Weis, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 |
| *Counsel for the Official Committee of Equity Holders of Tronox Inc.* | *Counsel for the Official Committee of Unsecured Creditors* |
| Robert Trust<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019-7475 | Matthew L. Schwartz<br>Assistant United States Attorney<br>86 Chambers Street<br>New York, New York  10007 |
| *Counsel for Credit Suisse* | |

Dated:  New York, New York
       July 9, 2009

                                            /s/ Katherine J. Weall
                                            Katherine J. Weall, Esq.
                                            Conflicts Counsel for the Debtor