**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, NY 10036
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)
Craig A. Barbarosh (CB-6977)
David A. Crichlow (DC-2116)
Karen B. Dine (KD-0546)

*Counsel for the Official Committee*
*of Equity Holders of Tronox Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRONOX INCORPORATED, et al., | ) | Case No. 09-10156 (ALG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| TRONOX INCORPORATED, TRONOX | ) | |
| WORLDWIDE LLC f/k/a Kerr-McGee | ) | |
| Chemical Worldwide LLC, and TRONOX | ) | |
| LLC f/k/a Kerr-McGee Chemical LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - against - | ) | Adv. Proc. No. 09-01198 (ALG) |
| | ) | |
| ANADARKO PETROLEUM | ) | |
| CORPORATION and KERR-MCGEE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

600831135v1

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor, | ) ) ) |
| - against - | ) ) |
| TRONOX INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-MCGEE CORPORATION, and ANADARKO PETROLEUM CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO THE OBJECTION OF ANADARKO PETROLEUM CORPORATION AND KERR-MCGEE CORPORATION WITH RESPECT TO THE EQUITY COMMITTEE'S MOTION TO INTERVENE, filed by PILLSBURY WINTHROP SHAW PITTMAN LLP was served via Hand-Delivery to the parties on Exhibit A, via Electronic Mail to the parties on Exhibit B, and via First-Class Mail to the parties on Exhibit C on Monday, July 13, 2009 to the parties on the attached service lists.

Dated: July 13, 2009                                                                                  /s/ Carrie Altenburg
                                                                                                             Carrie Altenburg

# Exhibit A.
Service via Hand-Delivery

Honorable Allan L. Gropper
U.S. Bankruptcy Judge, SDNY
One Bowling Green
New York, NY  10004-1408

## Exhibit B.
Service via Electronic Mail

## Altenburg, Carrie M.

**Distribution List Name:**   TRONOX - 1

**Members:**

| | |
|---|---|
| Airgas Inc - David Boyle | david.boyle@airgas.com |
| Alternative Environmental Solutions Inc - Stanley R Palowsky III | stan@aesiconsulting.com |
| Arcadis US Inc - Elizabeth Spangler | elizabeth.spangler@arcadis-us.com |
| Arcadis US Inc - Liesl Spangler | liesl.spangler@arcadis-us.com |
| Asst US Atty, SDNY - Matthew L Schwartz | matthew.schwartz@usdoj.gov |
| Bryan Cave LLP - Christopher J Lawhorn | cjlawhorn@bryancave.com |
| Bryan Cave LLP - Lawrence P Gottesman | lawrence.gottesman@bryancave.com |
| Bryan Cave LLP - Michelle K McMahon | michelle.mcmahon@bryancave.com |
| Bryan Cave LLP - Steve J Poplawski | sjpoplawski@bryancave.com |
| Buchalter Nemer - Shawn M Christianson | schristianson@buchalter.com |
| Cadwalader Wickersham & Taft LLP - Christopher M McDermott | chris.mcdermott@cwt.com |
| Chapman & Cutler LLP - David S Barritt | barritt@chapman.com |
| Cohn Baughman & Martin - Brian Mahoney | brian.mahoney@mclolaw.com |
| Computershare Investor Services - Dennis Sneyers | dennis.sneyers@computershare.com |
| Cravath - Robert Trust | rtrust@cravath.com |
| Crowe & Dunlevy PC - Kristin L Huffaker | kristin.huffaker@crowedunlevy.com |
| Crowe & Dunlevy PC - William H Hoch III | will.hoch@crowedunlevy.com |
| Crowell & Moring LLP - Bruce J Zabarauskas | bzabarauskas@crowell.com |
| Crowell & Moring LLP - Lawrence J Brenner | lbrenner@crowell.com |
| Crowell & Moring LLP - Leslie A Davis | ldavis@crowell.com |
| Crowell & Moring LLP - Mark D Plevin | mplevin@crowell.com |
| Crowell & Moring LLP - Mark S Lichtenstein | mlichtenstein@crowell.com |
| Crowell & Moring LLP - Noah S Bloomberg | nbloomberg@crowell.com |
| DiConza Law PC - Gerard DiConza | gdiconza@dlawpc.com |
| Entergy Services Inc - Alan H Katz | akatz@entergy.com |
| Flood & Flood - Irma | irma@floodandflood.com |
| Flood & Flood - John Flood | john@floodandflood.com |
| Foley & Lardner LLP - Joanne Lee | jlee@foley.com |
| Foley & Lardner LLP - John A Simon | jsimon@foley.com |
| Foley & Lardner LLP - Michael P Richman | mrichman@foley.com |
| GE Energy and GE Betz - Glenn M Reisman | glenn.reisman@ge.com |
| Gibbons PC - Dale E Barney | dbarney@gibbonslaw.com |
| Gibbons PC - Mark B Conlan | mconlan@gibbonslaw.com |

1

| | |
|---|---|
| Halperin Battaglia Raicht LLP - Carrie Mitchell | cmitchell@halperinlaw.net |
| Halperin Battaglia Raicht LLP - Christopher J Battaglia | cbattaglia@halperinlaw.net |
| Herold & Haines PA - Gary S Jacobson | gjacobson@heroldhaines.com |
| Holland & Hart LLP - Risa L Wolf Smith | rwolf@hollandandhart.com |
| Holme Roberts & Owen LLP - Elizabeth K Flaagan | elizabeth.flaagan@hro.com |
| J Scott Douglass | jsdlaw@msn.com |
| Kirkland & Ellis LLP - Colin Adams | cadams@kirkland.com |
| Kirkland & Ellis LLP - Jonathan Henes | jhenes@kirkland.com |
| Linebarger Goggan Blair & Sampson LLP - Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP - Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP - John J Dillman | houston_bankruptcy@publicans.com |
| Locke Lord Bissell & Liddell LLP - Patricia Williams Prewitt | pprewitt@lockelord.com |
| Maynard Cooper & Gale PC - James Goyer III | jgoyer@maynardcooper.com |
| Maynard Cooper & Gale PC - Jayna Lamar | jlamar@maynardcooper.com |
| McCreary Velselka Bragg & Allen - Michael Reed | mreed@mvbalaw.com |
| Missouri Department of Revenue - Steven A Ginther | sdnyecf@dor.mo.gov |
| Monarch Alternative Capital LP - Chun Won Yi | chunwon.yi@monarchlp.com |
| Montgomery McCraken Walker & Rhoads LLP - Joseph O'Neil Jr | joneil@mmwr.com |
| Montgomery McCraken Walker & Rhoads LLP - Leonard A Busby | lbusby@mmwr.com |
| Montgomery McCraken Walker & Rhoads LLP - Natalie D Ramsey | nramsey@mmwr.com |
| Montgomery McCraken Walker & Rhoads LLP - Simon E Fraser | sfraser@mmwr.com |
| Office Of The United States Trustee - Susan Golden | susan.golden@usdoj.gov |
| Ohio Atty General - Michelle T Sutter | michelle.sutter@ohioattorneygeneral.gov |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP - Michael S Fox | mfox@olshanlaw.com |
| Paul Weiss Rifkind Wharton & Garrison LLP - Alan Kornberg | akornberg@paulweiss.com |
| Paul Weiss Rifkind Wharton & Garrison LLP - Brian S Hermann | bhermann@paulweiss.com |
| Paul Weiss Rifkind Wharton & Garrison LLP - Elizabeth R McColm | emccolm@paulweiss.com |
| Pension Benefit Guaranty Corp - Craig Yamaoka | yamaoka.craig@pbgc.gov |
| Pepper Hamilton LLP - Henry Jaffe | jaffeh@pepperlaw.com |
| Pick & Zabicki LLP - Douglas J Pick | dpick@picklaw.net |
| Pick & Zabicki LLP - Eric C Zabicki | ezabicki@picklaw.net |
| Polsinelli Shughart PC - Paul D Sinclair | psinclair@polsinelli.com |
| Reed Smith LLP - Edward J Estrada | eestrada@reedsmith.com |
| Reed Smith LLP - Eric A Schaffer | eschaffer@reesmith.com |
| Reed Smith LLP - Mark D Silverschotz | msilverschotz@reedsmith.com |

| Firm - Name | Email |
|---|---|
| Richmond Breslin LLP - Barry A Erlich | berlich@rb-llp.com |
| Smith Katzenstein & Furlow - Kathleen M Miller | kmiller@skfdelaware.com |
| Tennessee Valley Authority - Richard E Riggs | reriggs@tva.gov |
| The Chartwell Law Offices LLP - John J Winter Esq | jwinter@chartwelllaw.com |
| Thompson Coburn d/b/a Thompson Coburn Fagel Haber | efiledocketgroup@fagelhaber.com |
| Thompson Coburn d/b/a Thompson Coburn Fagel Haber - Dennis E Quaid | dquaid@tcfhlaw.com |
| Togut Segal & Segal LLP - Albert Togut | atogut@teamtogut.com |
| Togut Segal & Segal LLP - Scott Ratner | seratner@teamtogut.com |
| Tronox - Katie Liebelt | katie.liebelt@tronox.com |
| Tronox - Michael Foster | michael.foster@tronox.com |
| Tucker Arensberg PC - Michael A Shiner | mshiner@tuckerlaw.com |
| Vinson & Elkins LLP - Alexandra Shaw Kelly | akelly@velaw.com |
| Vinson & Elkins LLP - Angela B Degeyter | adegeyter@velaw.com |
| Vinson & Elkins LLP - John E Mitchell | jmitchell@velaw.com |
| Weil Gotshal & Manges LLP - Lydia Protopapas | lydia.protopapas@weil.com |
| Weil Gotshal & Manges LLP - Melanie Gray | melanie.gray@weil.com |
| Wolff & Samson PC - Armen Shahinian | ashahinian@wolffsamson.com |
| Wolff & Samson PC - Karen L Gilman | kgilman@wolffsamson.com |
| Womble Carlyle Sandridge & Rice PLLC - Michael Busenkell | mbusenkell@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC - Steven Kortanek | skortanek@wcsr.com |

# Altenburg, Carrie M.

**Distribution List Name:**   TRONOX - 2

**Members:**

| | |
|---|---|
| Assistant US Attorney, SDNY - Matthew L. Schwartz | |
| | matthew.schwartz@usdoj.gov |
| Brune & Richard LLP - Paul Lekas | plekas@bruneandrichard.com |
| Brune & Richard LLP - Theresa Trzaskoma | |
| | ttrzaskoma@bruneandrichard.com |
| Dilworth Paxson LLP - Lori A. Frio | lfrio@dilworthlaw.com |
| Faegre & Benson LLP - Elizabeth K. Flaagan | |
| | eflaagan@faegre.com |
| Rubinstein McCormick & Pitts PLLC - Kyle L Buchanan | |
| | kbuchanan@oklawpartners.com |
| Rubinstein McCormick & Pitts PLLC - Michael A Rubinstein | |
| | mrubinstein@oklawpartners.com |
| Stutzman Bromberg - Jacob L. Newton | newton@sbep-law.com |
| Stutzman Bromberg - Rachael L. Stringer | |
| | stringer@sbep-law.com |
| The Dow Chemical Company - Lee H. Sjoberg | |
| | lhsjoberg@dow.com |
| Wiseman Blackburn - James B. Blackburn, Jr. | |
| | jbbjratty@aol.com |

1

# Exhibit C.
Service via First-Class Mail

Aegon USA Investment Manager
Attn James H Rich
230 W Monroe Ste 1450
Chicago, IL  60606

CSAV
99 Wood Ave S 9th Fl
Iselin, NJ  08830

CSAV
Plaza Sotomayor 50
Valparaiso,  277 Chile

CSAV
PO Box 200611
Pittsburgh, PA  15251-0611

Gulf Coast Marine Supply Company Inc
Attn John T Mostellare Pres
PO Box 2088
Mobile, AL  36610

IKON Financial Services
Christine R Etherridge
1738 Bass Rd
PO Box 13708
Macon, GA  31208-3708

Internal Revenue Service
Attn Insolvency Department
290 Broadway, 5th Floor
New York, NY  10007

Michael E Carroll
1220 William Street
Avoca, PA  18641

NewCastle Partners LP
Attn Mark E Schwartz
200 Crescent Court, Ste 1400
Dallas, TX  75201

NY State Dept of Environmental Consrvtn
Office of the General Counsel
625 Broadway, 14th Floor
Albany, NY  12233-1500

NY State Dept of Environmental Consrvtn
625 Broadway
Albany, NY  12233

Office Of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY  10271

| | |
|---|---|
| Oklahoma County Treasurer<br>Tammy Jones Pro Se<br>320 Robert S Kerr Rm 307<br>Oklahoma City, OK  73102 | RIO Algom Mining LLC<br>Attn Francis McAllister<br>PO Box 218<br>Grants, NM  87020 |
| Secretary of State<br>Division of Corporations<br>One Commerce Plaza<br>99 Washington Avenue, Ste 600<br>Albany, NY  12231-0001 | Secretary of State<br>123 William Street<br>New York, NY  10038-3804 |
| Securities And Exchange Commission<br>Attn Michael Berman General Counsel<br>100 F Street NE<br>Washington, DC  20549 | Securities And Exchange Commission<br>Mark Schonfeld Regional Director<br>3 World Financial Center, Ste 400<br>New York, NY  10281-1022 |
| US Attorney General<br>US Department Of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0001 | US Department of Justice<br>Environmental Enforcement Section<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0001 |
| US Department Of Justice SDNY<br>Office of the US Attorney<br>86 Chambers Street<br>New York, NY  10007 | Environmental Protection Agency<br>USEPA Region 6<br>1445 Ross Avenue, Ste 1200<br>Dallas, TX  75202 |
| Committee of Unsecured Creditors<br>Wilmington Trust Co. as Indenture Trustee<br>Attn Steve Cimalore VP<br>1100 N Market Street<br>Wilmington, DE  19890 | Deputy Attorney General<br>Department of Law & Public Safety<br>Division of Law<br>Richard J. Hughes Justice Complex<br>PO Box 093<br>Trenton, NJ  08625-0093 |

Tom Haga
2874 Seine Avenue
Highland, CA  92346