# Exhibit B

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 09-10156-ALG

- - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


TRONOX INCORPORATED,


      Debtor.



- - - - - - - - - - - - - - - - - - - - -x


        United States Bankruptcy Court

        One Bowling Green

        New York, New York


        February 6, 2009

        10:37 AM


B E F O R E:

HON. ALLAN L. GROPER

U.S. BANKRUPTCY JUDGE

```
                                                              7
 1
 2    UNITED STATES DEPARTMENT OF JUSTICE
 3         Office of the United States Trustee
 4         33 Whitehall Street
 5         New York, NY 10004
 6
 7    BY:  SUSAN D. GOLDEN, ESQ.
 8
 9
10    UNITED STATES DEPARTMENT OF JUSTICE
11         Office of the United States Attorney
12         86 Chambers Street
13         New York, NY 10007
14
15    BY:  MATTHEW L. SCHWARTZ, AUSA
16
17
18    WEIL, GOTSHAL & MANGES LLP
19         Attorneys for Anadarko Petroleum Corporation
20         700 Louisiana
21         Houston, TX 77002
22
23    BY:  LYDIA PROTOPAPAS, ESQ.
24
25
```

58

1    MS. PROTOPAPAS: Okay. Thank you, Your Honor. As I
2  mentioned, the debtor's first day affidavit and now also the
3  EPA's objection have a number of allegations, the most salient
4  of which is simply that Kerr-McGee, we'll call it the new Kerr-
5  McGee as the debtor calls is, that is the Kerr-McGee that
6  existed subsequent to the spinoff of the chemical business,
7  intentionally engaged in this scheme to, sort of, isolate
8  environmental obligations in a particular line of entities and
9  then spinoff those entities and rid itself of all of its
10 environmental concerns.
11     While it is true that there were various corporate
12 reorganizations that occurred within Kerr-McGee prior to the
13 spinoff, there's certainly no suggestion in anything that we
14 have seen or anyone with whom we have spoken that the purpose
15 of these transactions was to isolate or in any way concentrate
16 environmental liabilities in the chemical division.
17     Instead, the board minutes and other documents are
18 fairly clear that the purpose of the separation of the
19 chemicals and the oil and gas business was to organize the
20 company in a more rational structure so that it would be less
21 confusing, both internally and to constituencies with whom we
22 dealt externally, as to what company they were dealing with.
23     Kerr-McGee, as you are probably aware, was a very
24 large, integrated enterprise which had been in operation since
25 the 1920s. It had made a series of acquisitions over that time

59

1   period. And in particular in 2001 it acquired a company called
2   HS Resources. When those companies were folded into Kerr-McGee
3   they didn't necessarily end up in the place where it was most
4   rational for them from a business function standpoint. Many of
5   those acquisitions were tax driven and so they were folded in
6   wherever it made sense or wherever it was recommended by
7   various different tax advisors.
8           So, subsequent, in particular, to the acquisition of
9   HS Resources the company elected to engage a restructuring.
10  And in particular that restructuring, as we've heard, was
11  involved in the separation of oil and gas from the main
12  chemical division.
13          What's omitted from the pleadings that we've thus far
14  seen is that while it is true that assets were moved around the
15  liabilities generally followed. And while oil and gas
16  liabilities assets were moved out of certain companies that
17  later became Tronox, likewise those oil and gas liabilities
18  were also moved out. In other words, they followed the assets.
19          Moreover, the idea that these extensive corporate
20  reorganizations were undertaken strictly as a result of the
21  company's desire to isolate what, at that time on November 30th
22  of 2002 which is, sort of, the time period when we were
23  allegedly or Kerr-McGee was allegedly undertaking these
24  improper transaction, the environmental liabilities reserved in
25  public documents and in SEC filings was 220 million dollars.

60

1   In the 2005 and 2006 time period the company was ultimately
2   sold for approximately twenty billion dollars.  So the idea
3   that this 200 million -- 220 million dollars of environmental
4   reserves was what was driving a twenty-plus billion dollar
5   company just really doesn't withstand very much scrutiny.
6           Subsequent to the reorganization, which I believe was
7   completed on December 31st of 2002, in early 2005 Kerr-McGee --
8   so in other words this is over two years after the completion
9   of this restructuring that we keep hearing about, the board
10  authorized the sale or spinoff of the chemical division.  So
11  this decision was not based on the need to rid the company of
12  environmental liabilities but on the fact that experts were
13  advising Kerr-McGee that the value of the combined companies
14  were significantly understated and that the value could be
15  maximized if in fact the chemical business were separated from
16  the oil and gas business.  And in fact there was a proposal by
17  Carl Icahn who started buying up the stock and agitating for
18  this division of liabilities.
19          And there are a number of analysts' reports which
20  bear this out.  Many of them indicate that value can be
21  significantly increased if the chemical and oil and gas
22  businesses are separated.
23          Lehman was Kerr-McGee's financial advisor and
24  investment banker at the time.  And it clearly made this
25  recommendation that either an IPO or a sale should be