Hearing Date & Time: August 5, 2010 at 11:00 AM (Prevailing Eastern Time)
Objection Deadline: July 23, 2010 at 4:00 PM (Prevailing Eastern Time)

Melanie Gray (admitted pro hac vice)
Lydia Protopapas (LP 8089)
Jason W. Billeck (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Richard A. Rothman (RR 0507)
Bruce S. Meyer (BM 3506)
Lori L. Pines (LP 3005)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

James J. Dragna (admitted pro hac vice)
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Duke K. McCall, III (admitted pro hac vice)
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

*Counsel for Anadarko Petroleum*
*Corporation and Kerr-McGee Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| TRONOX INCORPORATED, *et al.,* | Case No. 09-10156 (ALG) |
| Debtors. | Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC, | |
| Plaintiffs, | Adversary Proceeding No. 09-01198 (ALG) |
| v. | |
| ANADARKO PETROLEUM CORPORATION AND KERR-MCGEE CORPORATION, | |
| Defendants. | |

THE UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

        v.

TRONOX, INC., TRONOX
WORLDWIDE LLC, TRONOX LLC,
KERR-MCGEE CORPORATION, and
ANADARDKO PETROLEUM
CORPORATION,

        Defendants.

**NOTICE OF DEFENDANTS ANADARKO PETROLEUM CORPORATION AND
KERR-MCGEE CORPORATION'S MOTION TO COMPEL THE PRODUCTION OF
<u>DOCUMENTS BY PLAINTIFF-INTERVENOR THE UNITED STATES OF AMERICA</u>**

PLEASE TAKE NOTICE, that upon the annexed Motion, dated July 9, 2010 (the

"<u>Motion</u>"), and the Declaration of Duke K. McCall, III, executed July 9, 2010, the Declaration of

Jason W. Billeck, executed July 9, 2010, the Declaration of David M. Halverson, executed July

9, 2010, and the Declaration of Jason E. Glass, executed on July 9, 2010, Defendants Anadarko

Petroleum Corporation and Kerr-McGee Corporation (collectively, the "<u>Defendants</u>"), will move

for an order, pursuant to Fed. R. Civ. P. 34 and 37 (as incorporated by Federal Rules of

Bankruptcy Procedure 7034 and 7037), seeking to compel the production of documents by

Plaintiff-Intervenor the United States of America, as more fully set forth in the Motion. A

hearing will be held before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in

Room 617 of the United States Bankruptcy Court for the Southern District of New York, One

Bowling Green, New York, New York 10004, on August 5, 2010.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the

Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the

Local Rules of the Bankruptcy Court, set forth the legal and factual basis therefor, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) the chambers of the Honorable Allan L. Gropper, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, attorneys for the Defendants, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard A. Rothman, Esq., Bruce S. Meyer, Esq., and Lori L. Pines, Esq.) and 700 Louisiana, Suite 1600, Houston, Texas, 77002 (Attn: Melanie Gray, Esq., Lydia Protopapas, Esq., and Jason W. Billeck, Esq.); (iii) Bingham McCutchen LLP, attorneys for the Defendants, 355 South Grand Avenue, Suite 4400, Los Angles, California 90071 (Attn: James J. Dragna, Esq.), and 2020 K Street, NW, Washington, DC 20006 (Attn: Duke K. McCall III, Esq.); (iv) Pillsbury Winthrop Shaw Pittman LLP, attorneys for the Official Committee of Equity Holders of Tronox Inc., 1540 Broadway, New York, New York 10036 (Attn: David A. Crichlow, Esq.); (v) Kasowitz, Benson, Torres & Friedman LLP, attorneys for the Official Committee of Unsecured Creditors, 1633 Broadway, New York, New York 10019 (Attn: David M. Friedman, Esq.); (vi) the United States Attorneys Office, 86 Chambers Street, New York, New York 10007 (Attn: Joseph Pantoja, Esq.); and, (vii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Susan D. Golden), so as to be filed and received no later than 4:00 p.m. (Prevailing Eastern Time), July 23, 2010 (the "Objection Deadline").

If no objections are timely filed and served with respect to the Motion, the Court

may enter the order attached hereto with no further notice or opportunity to be heard or offered

to any party.

New York, New York

| Dated: July 9, 2010 | Respectfully submitted, |
|---|---|
| /s/ Melanie Gray | /s/ Duke McCall, III |
| Melanie Gray (admitted pro hac vice) | Duke K. McCall, III |
| Lydia Protopapas (LP 8089) | Bingham McCutchen LLP |
| Jason W. Billeck (admitted pro hac vice) | 2020 K Street, NW |
| WEIL, GOTSHAL & MANGES LLP | Washington, DC  20006-1806 |
| 700 Louisiana, Suite 1600 | 202.373.6000 |
| Houston, Texas 77002 | 202.373.6001(fax) |
| Telephone: (713) 546-5000 | duke.mccall@bingham.com |
| Facsimile: (713) 224-9511 | |
| | |
| Richard A. Rothman (RR 0507) | James J. Dragna (admitted pro hac vice) |
| Bruce S. Meyer (BM 3506) | BINGHAM MCCUTCHEN LLP |
| Lori L. Pines (LP 3005) | 355 South Grand Avenue, Suite 4400 |
| WEIL, GOTSHAL & MANGES LLP | Los Angeles, California 90071 |
| 767 Fifth Avenue | Telephone: (213) 680-6400 |
| New York, New York 10153 | Facsimile: (213) 680-6499 |
| Telephone: (212) 310-8000 | |
| Facsimile: (212) 310-8007 | |
| | |
| | *Counsel for Anadarko Petroleum* |
| | *Corporation and Kerr-McGee Corporation* |