**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| TRONOX INCORPORATED, *et al.*, | Case No. 09-10156 (ALG) |
| Debtors. | Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC, | |
| Plaintiffs, | Adversary Proceeding No. 09-01198 (ALG) |
| v. | |
| ANADARKO PETROLEUM CORPORATION AND KERR-MCGEE CORPORATION, | |
| Defendants. | |
| THE UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-MCGEE CORPORATION, and ANADARDKO PETROLEUM CORPORATION, | |
| Defendants. | |

**ORDER GRANTING ANADARKO PETROLEUM CORPORATION AND KERR-MCGEE CORPORATION'S MOTION TO COMPEL THE PRODUCTION OF <u>DOCUMENTS BY PAINTIFF-INTERVENOR THE UNITED STATES OF AMERICA</u>**

2

Upon the motion of Anadarko Petroleum Corporation and Kerr-McGee Corporation (collectively, "Defendants") to compel production in the above captioned adversary proceeding, and upon the hearing on that motion conducted on August 5, 2010, IT IS HEREBY ORDERED THAT:

1. Plaintiff-Intervenor the United States of America (the "Government") shall produce documents responsive to each of Defendants' Requests for Production organized and labeled according to request within fourteen days of entry of this order; and

2. The Government shall pay Defendants' attorney's fees and costs incurred in connection with the preparation and filing of this motion.

SO ORDERED:

Dated:      New York, New York
            August __, 2010

_____
HON. ALLAN L. GROPPER
UNITED STATES BANKRUPTCY JUDGE