# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRONOX INCORPORATED, et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10156 (ALG)<br>Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>ANADARKO PETROLEUM CORPORATION and KERR-MCGEE CORPORATION,<br><br>　　　　　　　　　　Defendants. | Adversary Proceeding No. 09-01198 (ALG) |
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff-Intervenor,<br><br>　　　　　　v.<br><br>TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-McGEE CORPORATION, and ANADARKO PETROLEUM CORPORATION,<br><br>　　　　　　　　　　Defendants. | |

## ORDER EXTENDING ALL DEADLINES IN
## THE CASE MANAGEMENT ORDER AND DEPOSITION PROTOCOL

Upon the Plaintiffs' Motion to Extend All Deadlines in the Case Management Order and Deposition Protocol (the "Motion"), it is hereby ORDERED:

1. The Motion is granted.

2. The Second Amended Case Management Order, attached hereto as Exhibit A, is hereby entered.

3. The deadline for disclosure of remaining fact witnesses in Paragraph 7 of the Deposition Protocol Stipulation and Order [Dkt. No. 115] is hereby extended from August 2, 2010 to December 17, 2010.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York
Dated: _____, 2010

_____
United States Bankruptcy Judge