PREET BHARARA
United States Attorney for the
Southern District of New York
By:   ROBERT W. YALEN
      TOMOKO ONOZOWA
      JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.  (212) 637-2785
Fax. No. (212) 637-2750
E-mail:  joseph.pantoja@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Bankr. Case No. 09-10156 (ALG) |
| TRONOX INCORPORATED, *et al.*, | : | (Jointly Administered) |
| Debtors. | : | |
| TRONOX INCORPORATED, *et al.*, | : | |
| Plaintiffs, | : | Adversary Proceeding No. 09-01198 (ALG) |
| - against - | : | |
| ANADARKO PETROLEUM CORPORATION and KERR-MCGEE CORPORATION, | : | |
| Defendants. | : | |
| THE UNITED STATES OF AMERICA, | : | |
| Plaintiff-Intervenor, | : | **CERTIFICATION OF JOSEPH A. PANTOJA PURSUANT TO FED. R. CIV. P. 26(c)** |
| - against - | : | |
| TRONOX, INC., *et al.*, | : | |
| Defendants. | : | |

JOSEPH A. PANTOJA, pursuant to 28 U.S.C. § 1746, declares the following

under penalty of perjury:

1. I am an Assistant United States Attorney in the office of Preet Bharara, United States Attorney for the Southern District of New York, attorney for the Plaintiff-Intervenor United States of America (the "Government") in the above-captioned adversary proceeding. I have been assigned to prosecute this matter and am familiar with the proceedings herein. I make this certification in support of the Government's motion for a protective order.

2. As set forth in the accompanying Declaration of Joseph A. Pantoja, dated December 15, 2010, the Government has in good faith conferred with defendant Kerr-McGee and defendant Anadarko Petroleum Corporation (the "Defendants") in an effort to resolve the Defendants' motion to compel discovery from the Government without court action.. However, those discussions did not resolve all of the issues in dispute, including those issues underlying Defendants' motion for a protective order.

Dated:  December 15, 2010
        New York, New York

                                    /s/ Joseph A. Pantoja
                                  JOSEPH A. PANTOJA