# EXHIBIT D

**McCall, Duke K., III**

| | |
|---|---|
| **From:** | Billeck, Jason [jason.billeck@weil.com] |
| **Sent:** | Wednesday, September 01, 2010 9:28 AM |
| **To:** | McCall, Duke K., III |
| **Cc:** | Levine, Robert |
| **Subject:** | Fw: Site List pursuant to para. 8(a) of 2d Am. Case Management Order |
| **Attachments:** | Tort Site List 8-30-10.pdf |



Tort Site List
8-30-10.pdf

```
----- Original Message -----
From: Pantoja, Joseph (USANYS) <Joseph.Pantoja@usdoj.gov>
To: Billeck, Jason
Cc: Yalen, Robert (USANYS) <Robert.Yalen@usdoj.gov>; jzeiger@kirkland.com
<jzeiger@kirkland.com>; Kane, Katherine (ENRD) <Katherine.Kane@usdoj.gov>
Sent: Tue Aug 31 23:37:08 2010
Subject: Fw: Site List pursuant to para. 8(a) of 2d Am. Case Management Order

Please see below.


----- Original Message -----
From: pantoja5@juno.com [mailto:pantoja5@juno.com]
Sent: Tuesday, August 31, 2010 11:32 PM
To: Pantoja, Joseph (USANYS)
Subject: Site List pursuant to para. 8(a) of 2d Am. Case Management Order

Jason:

Pursuant to paragraph 8(a) of the Second Amended Case Management Order, the United States
submits the attached list of sites.

Regards,

Joe

Joseph Pantoja, AUSA
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
T:   212.637.2785
F:   212.637.2750
E:   joseph.pantoja@usdoj.gov

----- Forwarded by Jeffrey Zeiger/Chicago/Kirkland-Ellis on 08/31/2010 07:27 PM -----
Jeffrey Zeiger/Chicago/Kirkland-Ellis

08/31/2010 07:27 PM

To
        jason.billeck@weil.com
cc
        Robert.Yalen@usdoj.gov
Subject
        Tort List
```

1

Jason -- pursuant to the Second Amended Case Management Order, here is the list of tort sites. We reserve the right to revise the list consistent with the terms of the CMO. Thanks.


Jeffrey J. Zeiger | Kirkland & Ellis LLP 300 NORTH LaSALLE STREET |23rd FLOOR | CHICAGO IL 60654
Direct: 312.862.3237 | Fax: 312.862.2200
Email: jeffrey.zeiger@kirkland.com

***************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************************

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

## List of Toxic Tort Sites
*Per 8(a) of Second Amended Case Management Order*

Ambrosia Lake, NM

Asearles Lake

Avoca, PA

Beaumont, TX

Birmingham, AL

Bloomington, IN

Bogalusa, LA

Bossier City, LA

Brunswick, GA

Church Rock, NM

Columbus, MS

Constable Hook, NJ

DeRidder, LA

E & P Gulf Coast

Edwardsville, IL

El Dorado, AR

Flat Top, SD

Ggalatia

Hamilton Pigment

Hattiesburg, MS

Hugo, OK

Indianapolis, IN

Jackson, MS

Kansas City, MO

KM Chemical Worldwide LLC

KM Chemical Worldwide LLC

KM Oil & Gas

KM Oil & Gas Onshore - Other

KMOGC Offshore

KMRC Wynnewood

KMRC/Triangle/General

KMRC/Triangle/General

Lakeview, OR

Lukachukai Mountains, AZ

Madison, IL

Manville, NJ

Marion, IL

Meridian, MS

Milwaukee, WI

Mount Vernon, IL

North Haven, CT

Okla. Parent Co.

Paterson, NJ

Refining/Southwestern

Riley Pass, SD

Rome, NY

Sauget, IL

Shreveport, LA

Sidney, NY

Slidell, LA

Southwestern

Southwestern

Southwestern

Springfield, MO

Texarkana, TX

The Dalles, OR

Toledo, OH

Transworld Gulf Coast

Triangle/SS

Triple S

Trona

Westport-Outstanding

Wilmington, NC

Worthington, KY

Xoryx