# EXHIBIT F

## Echeverry, Sandra L.

**From:** Pantoja, Joseph (USANYS) [Joseph.Pantoja@usdoj.gov]
**Sent:** Wednesday, October 13, 2010 4:53 PM
**To:** McCall, Duke K., III
**Subject:** U.S. v. Anadarko: ACOE Kansas City District

Duke:

The U.S. Army Corps of Engineers, Kansas City District office, will be ready as of Wed., October 20, 2010 to host an inspection of its boxes. Please contact USACE attorney Dawn P. Wade, main phone (816) 389-3983, with at least 72 hours notice to set up an inspection. The address is:

```
US Army Corps of Engineers
Bolling Federal Bldg.
601 E. 12th Street
Kansas City, MO  64106
```

Please have your team call the main number 816-389-3983 when they arrive, and someone will be sent to the security desk to escort your team to the inspection room, which will likely be a large conference room with wifi. The members of your team must have photo ID.

Although attempts were made to identify/segregate boxes that contained certain kinds of information (prime contractor files, subcontractor files, technical material, and cost information), it did not make sense to separate material out of a box. For example, boxes with just lab data are identified as such. But there are also task orders and modifications that contain prime contractor and subcontractor information that would be less useful if isolated from the task order/modification to which they relate. In any event, Ms. Wade will try to be available to explain the organization of the material and explain where certain types of documents can be found, which should facilitate the inspection.

Regards,

Joe

Joseph A. Pantoja, AUSA
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
T: 212.637-2785
F: 212.637.2750
E: joseph.pantoja@usdoj.gov

11/2/2010