# EXHIBIT G

**Echeverry, Sandra L.**

| | |
|---|---|
| From: | McCall, Duke K., III |
| Sent: | Tuesday, November 02, 2010 10:49 AM |
| To: | 'joseph.pantoja@usdoj.gov' |
| Cc: | 'robert.yalen@usdoj.gov'; Halverson, David M. |
| Subject: | U.S. v. Anadarko: Paper Documents |

Joe:

I write to follow up on two of the categories of paper documents we have discussed and/or reviewed recently.

First, with respect to the remainder of the documents located at 290 Broadway, we ask that you scan and produce the following: (1) the 104(e) responses; (2) any general agency communications or documents included in the files related to individual homeowners--we are not requesting all documents related to each individual homeowner, but in prior reviews we have observed general agency communications and documents related to the response activities at the Manville site interspersed with the documents related to individual homeowners; and (3) all paper files located in the twelve or so boxes on the seventeenth floor (we are not requesting a copy of the videotapes).

Second, with respect to the files in the Kansas City office of the ACOE that we recently reviewed, we ask that you scan and produce all of the following boxes: 1, 3, 4, 5, 6, 7, 8, 13, 16, 30, 36, 41, 42, 43, 45, 47, 48, 52, 53, 54, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77. In addition, we ask that you scan and produce the identified selections from the following boxes:

23 - all but "Quality Assurance Test Results"
32 - all but "Specifications - OU1 Phase 3" or "AES Environmental Park Audit Package"
40 - documents to scan are located at top of box with post-it note
44 - scan "contractor price analysis" and "certified overhead proposal" packets (with post-it notes)
56 - scan sets A, C, and L

These selections were marked for copying during our recent review, but if the vendor is unable to locate the identified files in these boxes, we ask that the entire box be scanned and produced. Also, as a general note, you can instruct the vendor that they do not need to scan any oversized documents encountered in any of the boxes we have requested.

As has been our practice to date, we agree to split the cost of scanning these documents.

Thanks,

Duke

---

~ Duke K. McCall, III
T 202.373.6607
F 202.373.6001
duke.mccall@bingham.com
B I N G H A M
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

*Print Less —> Go Green*

1