## **EXHIBIT A**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| TRONOX INCORPORATED, *et al.*, | ) | Case No. 09-10156 (ALG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC, | ) ) ) ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | Adversary Proceeding No. 09-01198 (ALG) |
|  | ) |  |
| ANADARKO PETROLEUM CORPORATION and KERR-MCGEE CORPORATION, | ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
| THE UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Plaintiff- Intervenor, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-MCGEE CORPORATION and ANADARKO PETROLEUM CORPORATION, | ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

**ORDER AUTHORIZING TRONOX TO FILE PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM DEFENDANTS AND <u>DECLARATION OF JEFFREY J. ZEIGER PARTIALLY UNDER SEAL</u>**

Upon the motion (the "Motion") of above-captioned Plaintiffs (collectively, "Tronox") in connection with the above-captioned proceeding for entry of an order authorizing Tronox to file a copy of Plaintiffs' Motion to Compel the Production of Documents From Defendants (the "Motion to Compel") and Declaration of Jeffrey J. Zeiger in Support of the Motion to Compel ("Zeiger Declaration") partially under seal; it appearing that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (iv) notice of this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is approved in its entirety.

2. Tronox is authorized to file an unredacted version of the Motion to Compel and Zeiger Declaration under seal subject to further order of the Court. The unredacted version of the Motion to Compel and Zeiger Declaration shall remain under seal and confidential and shall not be made available to anyone without the consent of Tronox and Anadarko or further order of this Court.

3. A redacted version of the Motion to Compel and Zeiger Declaration shall be filed and served in accordance with the procedures for filing and service established in these Chapter 11 cases, and such notice shall be deemed good and sufficient notice of the relief requested in the Motion to Compel and no further notice shall be required.

4. Tronox is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York
Dated: _____, 2011

                                                                                                      _____
                                                                                                        United States Bankruptcy Judge