**Presentment Date:  May 27, 2011 at 12:00 p.m. (Eastern Time)**
**Objection Deadline:  May 27, 2011 at 11:00 a.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| TRONOX INCORPORATED, *et al.*, | Case No. 09-10156 (ALG) |
| Debtors. | Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC, | |
| Plaintiffs, | |
| v. | Adversary Proceeding No. 09-01198 (ALG) |
| ANADARKO PETROLEUM CORPORATION, *et al.*, | |
| Defendants. | |
| THE UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-MCGEE CORPORATION, and ANADARKO PETROLEUM CORPORATION, | |
| Defendants. | |

**NOTICE OF PRESENTMENT OF ORDER DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTION TO DISMISS COUNTS IV, V, AND VI OF THE SECOND AMENDED ADVERSARY COMPLAINT**

PLEASE TAKE NOTICE that Anadarko Petroleum Corporation and Kerr-McGee Corporation, on behalf of themselves and certain of their affiliates, will present the attached Order Denying in Part and Granting in Part Defendants' Motion to Dismiss Counts IV, V, and VI of the Second Amended Adversary Complaint (the "Order") (attached hereto as Exhibit A) to the Honorable Allan L. Gropper, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, for signature on **May 27, 2011 at 12:00 p.m.** (Eastern Time).

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Order must comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, must be set forth in a writing describing the basis therefore, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, by registered users of the Court's electronic case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov. the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3-1/2 inch disk, preferably in Portable Document Format (PDF), Word or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served upon each of the following: (a) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Jonathan S. Henes; (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Susan Golden; (c) the United States Attorney for the Southern District of New York, 86 Chambers Street, Third Floor, New York, New York 10007, Attn: Robert William Yalen; (d) counsel to Anadarko Petroleum Corporation and Kerr-McGee Corporation, Weil, Gotshal & Manges LLP, 700 Louisiana, Suite 1600, Houston, Texas, 77002, Attn: Lydia Protopapas and

Jason Billeck; and (e) all persons or entities that have served and filed notices of appearance in these chapter 11 cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (with service on the Rule 2002 parties by email only), so as to be received not later than **11:00 a.m. (Eastern Time) on May 27, 2011** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and received by the parties set forth above, the Court will notify the parties of the date and time of the hearing to consider the Order and any Objections thereto.  The parties are required to attend such hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that if no written objection to the Order has been properly filed and served by the Objection Deadline, the Bankruptcy Court may enter the Order without a hearing.

Houston, Texas
Dated: May 24, 2011

*/s/ Lydia Protopapas*

Melanie Gray
Lydia Protopapas
Jason W. Billeck
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:     (713) 546-5000
Facsimile:     (713) 224-9511

*Counsel for Anadarko Petroleum Corporation
and Kerr-McGee Corporation*

# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRONOX INCORPORATED, *et al.*, | ) | Case No. 09-10156 (ALG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ———————————————— | ) | |
| | ) | |
| TRONOX INCORPORATED, TRONOX | ) | |
| WORLDWIDE LLC f/k/a Kerr-McGee | ) | |
| Chemical Worldwide LLC, and TRONOX | ) | |
| LLC f/k/a Kerr-McGee Chemical LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 09-01198 (ALG) |
| | ) | |
| ANADARKO PETROLEUM | ) | |
| CORPORATION, KERR-MCGEE | ) | |
| CORPORATION, KERR-MCGEE OIL & | ) | |
| GAS CORPORATION, KERR-MCGEE | ) | |
| WORLDWIDE CORPORATION, KERR- | ) | |
| MCGEE INVESTMENT CORPORATION, | ) | |
| KERR-MCGEE CREDIT LLC, KERR- | ) | |
| MCGEE SHARED SERVICES | ) | |
| COMPANY LLC, and KERR-MCGEE | ) | |
| STORED POWER COMPANY LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRONOX, INC., TRONOX WORLDWIDE | ) | |
| LLC, TRONOX LLC, KERR-MCGEE | ) | |
| CORPORATION, and ANADARKO | ) | |
| PETROLEUM CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

**ORDER DENYING IN PART AND GRANTING IN PART**
**DEFENDANTS' MOTION TO DISMISS COUNTS IV, V, AND VI OF THE SECOND**
**AMENDED ADVERSARY COMPLAINT**

For the reasons set forth in the Court's May 11, 2011 Memorandum of Opinion and based

on the filings submitted by the parties, IT IS HEREBY ORDERED THAT:

1.     Defendants' Motion to Dismiss [Docket No. 131] Count IV of the Second

Amended Adversary Complaint [Docket No. 223] is denied;

2.     Defendants' Motion to Dismiss Counts V and VI of the Second Amended

Adversary Complaint is granted and, therefore, Counts V and VI of the Second Amended

Adversary Complaint are DISMISSED with no right to re-plead; and

3.     Defendants shall file an answer with respect to Count IV within 14 days following

the date that this Order is entered.


New York, New York
Dated: _____, 2011

                              _____
                                    United States Bankruptcy Judge