UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| TRONOX INCORPORATED, *et al.*, | Case No. 09-10156 (ALG) |
| Debtors. | Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC, | |
| Plaintiffs, | |
| v. | Adversary Proceeding No. 09-01198 (ALG) |
| ANADARKO PETROLEUM CORPORATION, KERR-MCGEE CORPORATION, KERR-MCGEE OIL & GAS CORPORATION, KERR-MCGEE WORLDWIDE CORPORATION, KERR-MCGEE INVESTMENT CORPORATION, KERR-MCGEE CREDIT LLC, KERR-MCGEE SHARED SERVICES COMPANY LLC, and KERR-MCGEE STORED POWER COMPANY LLC, | |
| Defendants. | |
| THE UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-MCGEE CORPORATION, and ANADARKO PETROLEUM CORPORATION, | |
| Defendants. | |

### ORDER DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTION TO DISMISS COUNTS IV, V, AND VI OF THE SECOND AMENDED ADVERSARY COMPLAINT

For the reasons set forth in the Court's May 11, 2011 Memorandum of Opinion and based on the filings submitted by the parties, IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Dismiss [Docket No. 131] Count IV of the Second Amended Adversary Complaint [Docket No. 223] is denied;

2. Defendants' Motion to Dismiss Counts V and VI of the Second Amended Adversary Complaint is granted and, therefore, Counts V and VI of the Second Amended Adversary Complaint are DISMISSED with no right to re-plead; and

3. Defendants shall file an answer with respect to Count IV within 14 days following the date that this Order is entered.

New York, New York
Dated: May 27, 2011

/s/ Allan L. Gropper
United States Bankruptcy Judge