KIRKLAND & ELLIS LLP
David J. Zott, P.C. (*admitted pro hac vice*)
Jeffrey J. Zeiger (*admitted pro hac vice*)
David H. DeCelles (*admitted pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Attorneys for Tronox Incorporated, Tronox Worldwide LLC, and Tronox LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| TRONOX INCORPORATED, *et al.*, | Case No. 09-10156 (ALG) |
| Debtors. | Jointly Administered |
| TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC, | |
| Plaintiffs, | |
| v. | Adversary Proceeding No. 09-01198 (ALG) |
| ANADARKO PETROLEUM CORPORATION, *et al.*, | |
| Defendants. | |
| THE UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-McGEE CORPORATION, and ANADARKO PETROLEUM CORPORATION, | |
| Defendants. | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on this the 2nd day of September 2011, we have filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, Exhibit A to Plaintiffs' Motion for Partially Summary which was filed on August 31, 2011 [Dkt. 257]. A copy of which is attached hereto and served upon you.

Date: September 2, 2011                                  Respectfully submitted,

                                                            /s/ Jeffrey J. Zeiger
David J. Zott, P.C. *(admitted pro hac vice)*
Jeffrey J. Zeiger *(admitted pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
david.zott@kirkland.com
jeffrey.zeiger@kirkland.com

*Counsel for the Anadarko Litigation Trust*

## CERTIFICATE OF SERVICE

I, Jeffrey J. Zeiger, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 2nd day of September 2011, I caused a true and correct copy of the foregoing **Exhibit A to Plaintiffs' Motion for Partial Summary Judgment**, to be served upon the following:

**VIA U.S. MAIL AND ELECTRONIC MAIL**

Melanie Gray
Jason W. Billeck
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002

*Counsel for Defendants*

**VIA ELECTRONIC MAIL**

Robert William Yalen
Assistant United States Attorney
86 Chambers Street
New York, NY 10007

*Counsel for the United States of America*

/s/ Jeffrey J. Zeiger