# Exhibit A

09-01198-mew    Doc 260-1    Filed 09/02/11    Entered 09/02/11 13:01:57    Exhibit A to
Plaintiffs Motion for Partial Summary Judgment    Pg 2 of 4

Page 1

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 09-10156(ALG)

5    - - - - - - - - - - - - - - - - - - - -x

6    In the Matter of:

7    TRONOX INCORPORATED, et al.

8            Reorganized Debtors.

9

10   - - - - - - - - - - - - - - - - - - - -x

11   TRONOX INCORPORATED, et al.,        Adv. No. 09-01198-alg

12           Plaintiff,

13       v.

14   ANADARKO PETROLEUM CORPORATOIN, et al.,

15           Defendant.

16   - - - - - - - - - - - - - - - - - - - -x

17           United States Bankruptcy Court

18           One Bowling Green

19           New York, New York

20

21           July 19, 2011

22           11:28 a.m.

23   B E F O R E:

24   HON. ALLAN L. GROPPER

25   U.S. BANKRUPTCY JUDGE

09-01198-mew    Doc 260-1    Filed 09/02/11    Entered 09/02/11 13:01:57    Exhibit A to
Plaintiffs Motion for Partial Summary Judgment    Pg 3 of 4

TRONOX INCORPORATED, et al.

Page 62

1   transferred property. If that's the case, then I don't think

2   they have a breach of fiduciary claim anymore. It's just

3   completely duplicative of the fraudulent transfer claim.

4   That's not the position I understood them to be taking and I

5   may have misinterpreted what they said today. But if it is,

6   then I would agree that there would be no separate damages

7   issue on the fiduciary duty claim.

8           If that's not what they're saying, then what we said

9   in our papers and what I said earlier holds, that it's a

10  completely distinct inquiry that would need to be -- that would

11  be appropriately bifurcated.

12          THE COURT: All right. Anything further?

13      (No response)

14          THE COURT: The parties have certainly convinced me

15  that it would be useful to clarify some of the legal issues to

16  the extent they can be clarified. Some of the issues cannot

17  be. I think we should consider very seriously moving some of

18  the potential summary judgment motions up earlier, so that some

19  of these issues can be dealt with, at least as well as I can

20  deal with them before the trial and sufficiently before the

21  trial, so that some of the factual issues may be eliminated.

22          In truth, the only issue that it seems to me may be

23  sufficiently distinct from what I will call for convenience

24  purposes the main issues in this case, is the value of the

25  claims as of 2009. If that is a real issue that has to be

09-01198-mew    Doc 260-1    Filed 09/02/11    Entered 09/02/11 13:01:57    Exhibit A to
Plaintiffs Motion for Partial Summary Judgment    Pg 4 of 4

Page 64

```
 1   benefit of the estate analysis that may be a separable issue.
 2   Value of improvements, it would seem to me may go to other
 3   issues as well as issues of damages.  The question of
 4   consideration paid by the defendants, if it's relevant, I think
 5   is something that we have to deal with when we deal with the
 6   issue of good faith and we really can't separate out that
 7   issue.
 8            The same thing may be true of the 5002(h) claim but
 9   it seems to me that too is an issue that might benefit from
10   some further explication well before the trial date.  Same
11   thing is true for equitable subordination.  Those counts were
12   originally dismissed from the complaint on the ground that
13   Anadarko hadn't filed a proof of claim but it now has
14   apparently and perhaps those issues should be teed up.  I don't
15   ask the parties for more motion practices or amendments.  Maybe
16   these issues go into a pretrial order or pretrial briefs.  I'm
17   not sure whether we need much clarification on the issues but I
18   don't think that clarification of issues would be aided by
19   creating a new conundrum which would be what part of this case
20   is liability and what part of the case is damages.
21            So with the caveat that I believe that it might be
22   possible later in the case to separate out the 550 issues
23   relating to benefit of the estate and the value of plaintiffs
24   claims as of 2009, the motion to bifurcate liability and
25   damages is denied.  I can enter an order if the parties view
```