Maureen F. Leary
Assistant Attorney General
New York State Department of Law
The Capitol
Albany, New York 12224-0341
(518) 4784-7154
*Attorneys for the State of New York and*
*New York State Department of Environmental Conservation*

Hearing Date/Time: TBA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------
IN RE:

**TRONOX INCORPORATED,** *et al.*,

        Debtors.

Bankr. Case No. 09-10156 (ALG)
(Jointly Administered)

-------------------------------------------------------
**TRONOX INCORPORATED,** *et al.*,

        Plaintiffs,

        - against -

**ANADARKO PETROLEUM CORPORATION,** *et al.*,

        Defendants.

Adversary Proceeding
Case No. 09-01198 (ALG)

-------------------------------------------------------
**THE UNITED STATES OF AMERICA,**

        Plaintiff-Intervenor,

        - against -

**TRONOX, INC.,** *et al.*,

        Defendants.
-------------------------------------------------------

**STATEMENT IN SUPPORT OF LITIGATION TRUST'S MOTION**
**FOR PARTIAL SUMMARY JUDGMENT AND**
**UNITED STATES' JOINDER IN MOTION**

The undersigned States and other non-federal governmental and sovereign entities (the "Governmental Entities") submit this statement to underscore their strong support of the Anadarko Litigation Trust's ("Litigation Trust's") Motion for Partial Summary Judgment,[1] which asks the Court to reject a purported cap on damages advocated by the Anadarko defendants ("Anadarko") in this adversary proceeding. The undersigned Governmental Entities are all signatories to the Environmental Settlement Agreement ("Settlement Agreement"),[2] and are parties that may benefit from the Litigation Trust's recovery in the fraudulent conveyance action. The imposition of a cap on the Litigation Trust's recovery would adversely impact the Governmental Entities, and would deprive them of the benefits they negotiated and expect under both the Settlement Agreement and the Debtors' Plan of Reorganization.[3]

As described in the Litigation Trust's Motion and in the United States' Joinder,[4] neither the Settlement Agreement nor the Plan imposes - and neither was intended to impose - a cap on the fraudulent conveyance action recovery against Anadarko. To the contrary, when executing the Settlement Agreement, the Governmental Entities understood that 88 percent of the *entire* uncapped recovery in that litigation would be paid to or for the benefit of the environmental governmental creditors. Indeed, the litigation recovery cap proposed by Anadarko would be inconsistent with the Settlement Agreement, which clearly contemplates the transfer of *any*

---

[1] *Plaintiff's Motion for Partial Summary Judgment Regarding Plaintiff's Recovery Under Section 550(a) of the Bankruptcy Code*, dated August 31, 2011 (Docket No. 257) (the "Motion").

[2] Settlement Agreement, , Ex. 1, as amended (Docket No. 2692).

[3] Plan, Ex. A (Docket No. 2567),.

[4] *Joinder of the United States of America in the Litigation Trust's Motion for Partial Summary Judgment Regarding the Litigation Trust's Recovery Under Section 550(a) of the Bankruptcy Code*, dated Aug. 31, 2011 (Docket No. 259) (the "Joinder").

2

litigation recovery to the Litigation Trust, in agreed proportions[5] and with no cap, to address the many environmental sites covered under the Settlement Agreement. *See* Settlement Agreement ¶¶ 119 and 124-126(a)-(d). Indeed, paragraph 119 of the Settlement Agreement expressly states that the Debtors will establish a trust and "transfer *all* of their right, title and interest in the Anadarko litigation to the Anadarko Litigation Trust" (emphasis added). There simply is no cap or other limitation that can be read into this language.

In addition, as described in the Litigation Trust's Motion (pp. 6-13), applicable law provides that no damages cap should be imposed on the fraudulent conveyance recovery in this case. *See* 11 U.S.C § 550(a); *see also In re Acequia, Inc.,* 34 F.3d 800, 811 (9th Cir. 1994). And as further detailed in the Litigation Trust's Motion (pp. 13-16), the Debtors' transfer to the Litigation Trust of their full and complete rights against Anadarko was made as part of the global settlement with the Governmental Entities, and is exactly the kind of "benefit to the estate" that justifies the Litigation Trust's full, complete and uncapped recovery under Section 550(a) of the Code. There is nothing unfair about this result. Indeed, to allow the Litigation Trust's recovery to be capped would unfairly benefit Anadarko.

Among other things, the experience of the Governmental Entities is that even the best estimates of environmental clean-up costs routinely prove to be too low, and actual costs regularly exceed estimated costs. An uncapped recovery is especially appropriate in this case because it would restore financial resources that Tronox would have had but for the fraud, and would protect the Governmental Entities in the likely event that future environmental clean-up costs ultimately exceed estimates. An uncapped recovery is one of the benefits that the Governmental Entities negotiated and obtained under the Settlement Agreement and Plan. This

---

[5] The Settlement Agreement provides for 88% of the successful litigation proceeds to be distributed to the environmental sites covered under the Agreement.

3

benefit, in the case of a successful result, offsets the risk the Governmental Entities bear if the litigation outcome is not successful.

In the bankruptcy case, the Governmental Entities gave up valuable rights against the Debtor, and cooperated in the estate's divestiture of title to contaminated property in exchange for a share of *all* the rights the estate had against Anadarko. Attempting to now limit their recovery from the proceeds of the fraudulent conveyance action denies the Governmental Entities the benefit of the bargain which they struck with the Debtors, unjustly enriches Anadarko, and attempts to redefine the agreements upon which the entire Plan - and its support by the Governmental Entities - was founded.

Accordingly, for the reasons stated herein, in the Litigation Trust's Motion, and in the United States' Joinder, the undersigned Governmental Entities urge the Court to reject Anadarko's contention that the Trust's recovery in this adversary proceeding should be capped and to grant the Litigation Trust's Motion.

Dated:  September 22, 2011           Respectfully submitted,
        Albany, New York

**ERIC T. SCHNEIDERMAN**
Attorney General of the State of New York

By: _____
MAUREEN F. LEARY
Assistant Attorney General
New York State Office of the
 Attorney General
Environmental Protection Bureau
The Capitol
Albany, New York  12224
Telephone: 518-474-7154
Maureen.Leary@ag.ny.gov
*Counsel for the New York State*
*Department of Environmental Conservation*

4

**FOR THE NAVAJO NATION**

          HARRISON TSOSIE
          Attorney General
          Navajo Nation Department Of Justice

Date: September 22, 2011      By:   /s/ Dana J. Stotsky
          DANA J. STOTSKY
          Staff Attorney-Natural Resources Unit
          Navajo Nation Department of Justice
          Post Office Box 2010
          Window Rock, AZ 86515
          (928) 871-6209
          (928) 871-6177 fax
          djstotsky@nndoj.org

**FOR THE STATE OF ALABAMA**

          LUTHER STRANGE
          Attorney General of Alabama

Date: September 22, 2011      By:   /s/ Thomas L. Johnston
          THOMAS L. JOHNSTON
          Assistant Attorney General

          By:   /s/ Antoinette Jones
          ANTOINETTE JONES (ASB-5669-E68A)
          Assistant Attorney General
          Alabama Department of
          Environmental Management
          Office of General Counsel
          P.O. Box 301463
          Montgomery, AL 36130-1463
          (334) 271-7855 (Office)
          (334) 394-4332 (Telefax)
          tlj@adem.state.al.us
          adjones@adem.state.al.us

**FOR THE STATE OF FLORIDA
DEPARTMENT OF ENVIRONMENTAL
PROTECTION**

Date: September 22, 2011            By:     /s/ Jonathan H. Alden
                                            JONATHAN H. ALDEN
                                            Assistant General Counsel
                                            Florida Department of Env. Protection
                                            3900 Commonwealth Boulevard
                                            MS 35
                                            Tallahassee, Florida 32399
                                            (850) 245 2238
                                            Jonathan.Alden@dep.state.fl.us

**FOR THE STATE OF GEORGIA
ENVIRONMENTAL PROTECTION
DIVISION, DEPARTMENT OF NATURAL
RESOURCES**

Date: September 22, 2011            By:     /s/ Diane L. Deshazo
                                            DIANE L. DESHAZO
                                            Georgia Bar No. 219390
                                            Senior Assistant Attorney General
                                            Department of Law
                                            State of Georgia
                                            132 State Judicial Building
                                            40 Capital Square, S.W.
                                            Atlanta, Georgia 30334-1300
                                            (404) 657-3977
                                            ddeshazo@law.ga.gov
                                            *Counsel for the Environmental
                                            Protection Division*

**FOR THE STATE OF IDAHO**

Date: September 22, 2011            By:     /s/ Darrell G. Early
                                            DARRELL G. EARLY
                                            Deputy Attorney General
                                            Natural Resources Division
                                            Environmental Quality Section
                                            1410 N. Hilton
                                            Boise, ID 83706
                                            (208) 373-0494
                                            darrell.early@deq.idaho.gov

**FOR THE STATE OF ILLINOIS**

        LISA MADIGAN
        Attorney General of Illinois

        MATTHEW J. DUNN, CHIEF
        Environmental Enforcement/Asbestos
        Litigation Division

Date: Date: September 22, 2011    By:    /s/ James L. Morgan
        JAMES L. MORGAN
        Assistant Attorney General
        IL No: 6183865
        Office of the Attorney General
        500 South Second Street
        Springfield, Illinois 62706
        (217) 524-7506 -- Phone
        (217) 524-77400 – Fax
        jmorgan@atg.state.il.us

**FOR THE STATE OF INDIANA**

        GREGORY F. ZOELLER
        Attorney General of Indiana
        Attorney No. 1958-98

Date: September 22, 2011    By:    /s/ Timothy J. Junk
        TIMOTHY J. JUNK
        Deputy Attorney General
        Atty. No.5587-02
        Office of the Attorney General
        Indiana Government Center South
        Fifth Floor
        402 W. Washington Street
        Indianapolis, IN 46204-2770
        (317) 232-6247
        tim.junk@atg.in.gov

**FOR THE STATE OF IOWA**

                THOMAS J. MILLER
                Attorney General of Iowa

Date: September 22, 2011    By: /s/ Timothy D. Benton
                TIMOTHY D. BENTON
                Assistant Attorney General
                Environmental Law Division
                321 E. 12th Street, Room 018
                Des Moines, Iowa 50319
                Phone: (515) 281-5351
                Fax: (515) 242-6072
                tbenton@ag.state.ia.us


**FOR THE STATE OF KANSAS**

                DEREK SCHMIDT
                Attorney General of Kansas

Date: September 22, 2011    By: /s/ Timothy E. Keck

                Timothy. E. Keck
                Deputy Chief Counsel
                Special Assistant Attorney General
                Supreme Court #14993
                Kansas Department of Health and
                 Environment
                1000 SW Jackson, Suite 560
                Topeka, Kansas 66612-1367
                (785) 296-1334
                (785) 296-7119 (fax)
                tkeck@kdheks.gov

**FOR THE MASSACHUSETTS DEPARTMENT
OF ENVIRONMENTAL PROTECTION**

                                    MARTHA COAKLEY,
                                    Attorney General of Massachusetts

Date: September 22, 2011        By:   /s/ Carol Iancu_____
                                    CAROL IANCU, MA BBO # 635626
                                    Assistant Attorney General
                                    Environmental Protection Division
                                    Massachusetts Office of the Attorney
                                     General
                                    One Ashburton Place, 18th Floor
                                    Boston, MA 02108
                                    (617) 963-2428
                                    carol.iancu@state.ma.us

**FOR THE STATE OF MISSISSIPPI**

                                    Trudy Fisher, Executive Director
                                    Mississippi Department of Environmental
                                     Quality

Date: September 22, 2011        By:   /s/ Roy Furrh_____
                                    Roy Furrh
                                    General Counsel
                                    MS Dept. of Environmental Quality
                                    (MSB #4321)
                                    515 E. Amite Street (39201)
                                    P.O. Box 2261
                                    Jackson, MS 39225
                                    (601) 961-5260
                                    (601) 961-5349
                                    Roy_Furrh@deq.state.ms.us

**FOR THE STATE OF MISSOURI**

            CHRIS KOSTER
            Attorney General of Missouri

Date: September 22, 2011    By: /s/ Donald Anthony Willoh, Jr.
            DONALD ANTHONY WILLOH, JR.
            Assistant Attorney General
            Missouri Bar No. 44331
            P.O. Box 899
            Jefferson City, MO  65102-0899
            Phone: (573) 751-8795
            Fax: (573) 751-8796
            don.willoh@ago.mo.gov

**FOR THE STATE OF NEW JERSEY**

            PAULA T. DOW
            Attorney General of New Jersey

Date: September 22, 2011    By: /s/ Richard F. Engel
            RICHARD F. ENGEL
            Deputy Attorney General
            Richard J. Hughes Justice Complex
            25 Market Street
            P.O. Box 093
            Trenton, NJ  08625-0093
            Tel.:  (609) 984-4863
            Fax:  (609) 984-9315
            Richard.Engel@dol.lps.state.nj.us

09-01198-mew    Doc 264    Filed 09/22/11    Entered 09/22/11 16:45:14    Main Document
    Pg 11 of 18

**FOR THE STATE OF NEW YORK**

                ERIC T. SCHNEIDERMAN
                Attorney General of New York

Date: September 22, 2011      By:    _____
                MAUREEN F. LEARY
                Assistant Attorney General
                New York State Office of the
                 Attorney General
                Environmental Protection Bureau
                The Capitol
                Albany, New York  12224
                Telephone: 518-474-7154
                Maureen.Leary@ag.ny.gov

**FOR THE STATE OF NORTH CAROLINA**

                ROY COOPER
                Attorney General of North Carolina

Date: September 22, 2011      By:    /s/ W. Wallace Finlator, Jr.
                W. WALLACE FINLATOR, JR.
                Assistant Attorney General
                Bar No. 14197
                North Carolina Department of Justice
                P.O. Box 629
                Raleigh, North Carolina  27602
                (919) 716-6984
                wfinlat@ncdoj.gov

**FOR THE STATE OF OHIO**

MIKE DeWINE
Attorney General of Ohio

Date: September 22, 2011    By:    /s/ Michael E. Idzkowski
MICHAEL E. IDZKOWSKI
Assistant Attorney General
Office of Ohio Attorney General
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
(614) 466-2766
(614) 644-1926 (fax)
Michael.idzkowski@ohioattorneygeneral.gov

**FOR THE STATE OF OKLAHOMA AND THE**
**OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY**

E. SCOTT PRUITT
Attorney General of Oklahoma

Date: September 22, 2011    By:    /s/ P. Clayton Eubanks
P. CLAYTON EUBANKS
Assistant Attorney General
Office of Oklahoma Attorney General
313 N.E. 21 5t Street
Oklahoma City, Oklahoma 73015
Tel: (405) 522-8992
clayton.eubanks@oag.ok.gov

STEVEN A. THOMPSON
Executive Director
Oklahoma Department of
Environmental Quality

Date: September 22, 2011    By:    /s/Pamela Brown Dizikes
PAMELA BROWN DIZIKES OBA #18366
Environmental Attorney
Office of the General Counsel
Oklahoma Department of
Environmental Quality
707 N. Robinson, P.O. Box 1677
Oklahoma City, Oklahoma 73101
Telephone: (405) 702-7175
Pam.dizikes@deq.ok.gov

**FOR THE STATE OF TENNESSEE**

ROBERT E. COOPER, JR.
Attorney General of Tennessee

Date: September 22, 2011    By:    /s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR.
(BPR 016031)
Senior Counsel
Tennessee Attorney General's Office
Bankruptcy Division
Post Office Box 20207
Nashville, TN 37202
(615) 741-1935
Marvin.clements@ag.tn.gov

**FOR THE STATE OF TEXAS**
**NATURAL RESOURCE TRUSTEES**

GREG ABBOTT
Attorney General of Texas
DANIEL T. HODGE
First Assistant Attorney General
BILL COBB
Deputy Attorney General Civil Litigation
BARBARA B. DEANE
Chief, Environmental Protection and
 Administrative Law Division
DAVID PREISTER
Chief, Environmental Protection Section

Date: September 22, 2011    By:    /s/ Jane E. Atwood
JANE E. ATWOOD
Assistant Attorney General
State Bar No. 00796140
Office of the Attorney General of Texas
Environmental Protection and
Administrative Law Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2012; (512) 320-0911 (Facsimile)
Jane.Atwood@oag.state.tx.us
Attorneys For The State Of Texas
Natural Resource Trustees

13

**FOR THE TEXAS COMMISSION OF
ENVIRONMENTAL QUALITY**

                              GREG ABBOTT
                              Attorney General of Texas

Date: September 22, 2011      By:    /s/ Hal F. Morris
                              HAL F. MORRIS
                              Texas State Bar No. 14485410
                              J. CASEY ROY
                              Texas State Bar No. 00791578
                              Assistant Attorneys General
                              Bankruptcy & Collections Division
                              P.O. Box 12548
                              Austin, Texas 78711-2548
                              P: (512) 463-2173
                              F: (512) 482-8341
                              hal.morris@oag.state.tx.us
                              casey.roy@oag.state.tx.us


**FOR THE STATE OF WISCONSIN**

                              J.B. VAN HOLLEN
                              Attorney General of Wisconsin

Date: September 22, 2011      By:    /s/ Anne C. Murphy
                              ANNE C. MURPHY
                              Assistant Attorney General
                              State Bar #1031600
                              Wisconsin Department of Justice
                              Post Office Box 7857
                              Madison, Wisconsin 53707-7857
                              (608) 266-9224
                              (608) 267-2223 (fax)
                              murphyac@doj.state.wi.us

**FOR THE CITY OF CHICAGO, ILLINOIS**

                                                  STEPHEN R. PATTON
                                                  Corporation Counsel

Date: September 22, 2011          By:    /s/ Esther E. Tryban Telser
                                                    DIANE M. PEZANOSKI
                                                    Deputy Corporation Counsel
                                                    ESTHER E. TRYBAN TELSER
                                                    MORTIMER P. AMES
                                                    Senior Counsels
                                                    City of Chicago; Department of Law
                                                    30 N. LaSalle; Room 1400
                                                    Chicago, IL 60602
                                                    (312) 744-1846
                                                    esther.tryban_telser@cityofchicago.org
                                                    mort.ames@cityofchicago.org

**FOR THE CHICAGO PARK DISTRICT ILLINOIS**

Date: September 22, 2011          By:    /s/ Maria G. Garcia
                                                    MARIA G. GARCIA
                                                    General Counsel
                                                    Chicago Park District
                                                    541 N. Fairbanks Court
                                                    Chicago, IL 60611
                                                    (312) 742-4602
                                                    lupe.garcia@chicagoparkdistrict.com

**CERTIFICATE OF SERVICE**

  I, Maureen F. Leary, hereby certify that on the 22nd day of September, 2011 I served a copy of the Statement in Support upon each of the parties by electronic and/or first class mail, postage prepaid:

Lydia Protopapas
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
lydia.protopapas@weil.com

Melanie Gray
Jason W. Billeck
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
*Counsel for Defendants Anadarko et al*

Robert William Yalen
Assistant United States Attorney
86 Chambers Street
New York, NY 10007
*Counsel for the United States of America*
Robert.Yalen@usdoj.gov

David J. Zott
Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
david.zott@kirkland.com
jeffrey.zeiger@kirkland.com
*Counsel for the Anadarko Litigation Trust*

Richard F. Engel
Deputy Attorney General
John Dickinson, Esquire
Deputy Attorney General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market St, CN 093
Trenton, NJ 08625
Richard.Engel@dol.lps.state.nj.us
John.Dickinson@dol.lps.state.nj.us

James L. Morgan, Esquire
State of Illinois Environmental Control
500 South Second
Springfield, IL 62706
jmorgan@atg.state.il.us

Wallace Finlator, Jr. , Esq.
Assistant Attorney General
Environmental Division
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
wfinlat@ncdoj.gov

Dana J. Stotsky
Staff Attorney-Natural Resources Unit
Navajo Nation Department of Justice
P.O. Box 2010
Window Rock, AZ 86515
djstotsky@nndoj.org

Thomas L. Johnston (ASB-8008-S79T)
Assistant Attorney General
Antoinette Jones (ASB-5669-E68A)
Assistant Attorney General
Alabama Department of
Environmental Management
Office of General Counsel
P.O. Box 301463
Montgomery, AL 36130-1463
tlj@adem.state.al.us
adjones@adem.state.al.us

Jonathan H. Alden
Assistant General Counsel
Florida Department of Environmental Protection
3900 Commonwealth Boulevard
MS 35
Tallahassee, Florida 32399
Jonathan.Alden@dep.state.fl.us

Diane L. Deshazo
Georgia Bar No. 219390
Senior Assistant Attorney General
Department of Law
State of Georgia
132 State Judicial Building
40 Capital Square, S.W.
Atlanta, Georgia 30334-1300
ddeshazo@law.ga.gov

Darrell G. Early
Deputy Attorney General
Natural Resources Division
Environmental Quality Section
1410 N. Hilton
Boise, ID 83706
darrell.early@deq.idaho.gov

Timothy J. Junk
Deputy Attorney General
Atty. No.5587-02
Office of the Attorney General
Indiana Government Center South
Fifth Floor
402 W. Washington Street
Indianapolis, IN 46204-2770
tim.junk@atg.in.gov

Timothy D. Benton
Assistant Attorney General
Environmental Law Division
321 E. 12th Street, Room 018
Des Moines, Iowa 50319
Timothy.Benton@iowa.gov

Carol Iancu, MA BBO # 635626
Assistant Attorney General
Environmental Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
carol.iancu@state.ma.us

Jere "Trey" Hess, P.E.
MS Brownfield Program Coordinator
MS Dept. of Environmental Quality
515 E. Amite Street (39201)
P.O. Box 2261
Jackson, MS 39225
Trey_Hess@deq.state.ms.us

Donald Anthony Willoh, Jr.
Assistant Attorney General
Missouri Bar No. 44331
P.O. Box 899
Jefferson City, MO 65102-0899
don.willoh@ago.mo.gov

P. Clayton Eubanks
Assistant Attorney General
Office of Oklahoma Attorney General
313 N.E. 21 5t Street
Oklahoma City, Oklahoma 73015
clayton.eubanks@oag.ok.gov

Pamela Brown Dizikes, OBA #18366
Environmental Attorney
Office of the General Counsel
Oklahoma Department of Environmental Quality
707 N. Robinson, P.O. Box 1677
Oklahoma City, Oklahoma 73101
Pam.dizikes@deq.ok.gov

Marvin E. Clements, Jr.
(BPR 016031)
Senior Counsel
Tennessee Attorney General's Office
Bankruptcy Division
Post Office Box 20207
Nashville, TN 37202
Marvin.clements@ag.tn.gov

Jane E. Atwood
Assistant Attorney General
State Bar No. 00796140
Office of the Attorney General of Texas
Environmental Protection and
Administrative Law Division
Post Office Box 12548, Capitol Station
Austin, Texas 78711-2548
Jane.Atwood@oag.state.tx.us
Attorneys For The State Of Texas
Natural Resource Trustees

Anne C. Murphy
Assistant Attorney General
State Bar #1031600
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
murphyac@doj.state.wi.us

Dawn M. Cica
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
dcica@lrlaw.com
*Attorneys for the Nevada Division
of Environmental Protection*

Michael E. Idzkowski
Assistant Attorney General
Office of Ohio Attorney General
30 East Broad Street, 25th Floor
Columbus, Ohio  43215
Michael.idzkowski@ohioattorneygeneral.gov

Esther E. Tryban Telser
Mortimer P. Ames
Senior Counsels
City of Chicago; Department of Law
30 N. LaSalle; Room 1400
Chicago, IL 60602
esther.tryban_telser@cityofchicago.org
mort.ames@cityofchicago.org

Maria G. Garcia
General Counsel
Chicago Park District
541 N. Fairbanks Court
Chicago, IL 60611
lupe.garcia@chicagoparkdistrict.com

Timothy E. Keck
Deputy Chief Counsel
Special Assistant Attorney General
Supreme Court #14993
Kansas Department of Health and
Environment
1000 SW Jackson, Suite 560
Topeka, Kansas 66612-1367
tkeck@kdheks.gov

Hal F. Morris
Texas State Bar No. 14485410
J. Casey Roy
Texas State Bar No. 00791578
Assistant Attorneys General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
hal.morris@oag.state.tx.us
casey.roy@oag.state.tx.us

Roy Furrh
General Counsel
MS Dept. of Environmental Quality
(MSB #4321)
515 E. Amite Street (39201)
P.O. Box 2261
Jackson, MS 39225
Roy_Furrh@deq.state.ms.us

_____
Maureen F. Leary

18