UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:

Tronox Incorporated                                        Chapter 11

                                                           Case No.: 09-10156 (ALG)

                            Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
TRONOX INCORPORATED, TRONOX

WORLDWIDE LLC f/k/a Kerr-McGee

Chemical Worldwide LLC, and TRONOX LLC

f/k/a Kerr-McGee Chemical LLC,
                            Plaintiffs

            v.                                             Adv. Proc. No.: 09-1198 (ALG)

ANADARKO PETROLEUM CORPORATION

and KERR-MCGEE CORPORATION, KERRMCGEE

OIL & GAS CORPORATION, KERRMCGEE

WORLDWIDE CORPORATION, KERRMCGEE

INVESTMENT CORPORATION, KERRMCGEE

CREDIT LLC, KERR-MCGEE SHARED

SERVICES COMPANY LLC, and KERR-MCGEE

STORED POWER COMPANY LLC
                            Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


### CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED October 3, 2011 , DIRECTING
THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.