# EXHIBIT D

Exhibit to Plaintiff's Reply In Support of Its Motion For Partial Summary Judgment And Opposition To Defendants' Motion For Partial Summary Judgment Regarding Plaintiff's Recovery Under Section 550(a) Of The Bankruptcy Code

**FILED UNDER SEAL**