# Exhibit E

```
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

         In re:                                 ) Chapter 11
                                                )
         TRONOX INCORPORATED, et al.,           ) No. 09-10156 (ALG)
                                                )
         Debtors.                               )
         ---------------------------------------)
                                                )
         TRONOX INCORPORATED, TRONOX            )
         WORLDWIDE LLC f/k/a Kerr-McGee         )Adversary Proceeding
         Chemical Worldwide LLC, and TRONOX     )No. 09-01198 (ALG)
         LLC f/k/a Kerr-McGee Chemical LLC,     )
                                                )
         Plaintiffs,                            )
                                                )
         v.                                     )
                                                )
         ANADARKO PETROLEUM CORPORATION         )
         and KERR-MCGEE CORPORATION,            )
                                                )
         Defendants                             )
         ---------------------------------------)
                                                )
         THE UNITED STATES OF AMERICA,          )
                                                )
         Plaintiff-Intervenor,                  )
                                                )
         v.                                     )
                                                )
         TRONOX, INC., TRONOX WORLDWIDE LLC,    )
         TRONOX LLC, KERR-McGEE CORPORATION,    )
         ANADARKO PETROLEUM CORPORATION,        )
                                                )
         Defendants.                            )
         -----------------------------------------------------------

                    VIDEO DEPOSITION OF PERRY H. CHARLEY

         -----------------------------------------------------------
```

34

| | | |
|---|---|---|
| 1 | 10:51:20 | way down, does it state that the lessee hereby agrees |
| 2 | 10:51:23 | "...promptly to surrender and return the premises upon the |
| 3 | 10:51:28 | termination of this lease to whomsoever shall be lawfully |
| 4 | 10:51:33 | entitled thereto, in as good condition as received, excepting |
| 5 | 10:51:37 | for the ordinary wear and tear and unavoidable accidents in |
| 6 | 10:51:41 | their proper use"? |
| 7 | 10:51:43 |     A    Yes, sir. |
| 8 | 10:51:43 |     Q    Okay.  After the mining activities ceased on the |
| 9 | 10:51:56 | Kerr-McGee mines, were they returned in as good condition as |
| 10 | 10:52:02 | received? |
| 11 | 10:52:05 |     A    No, sir, not according to our inventory. |
| 12 | 10:52:09 |     Q    And based on your inventory, can you describe |
| 13 | 10:52:12 | generally how the Kerr-McGee mines were left after mining |
| 14 | 10:52:15 | ceased? |
| 15 | 10:52:16 |     A    The workings were still -- the underground workings |
| 16 | 10:52:19 | were still open.  Vertical shafts were never covered up.  There |
| 17 | 10:52:26 | were piles and tons of radioactive waste, protore, and in some |
| 18 | 10:52:32 | cases even ore, still left on site.  There were pieces of old |
| 19 | 10:52:35 | mining equipment -- equipment. |
| 20 | 10:52:40 |          In -- in many of the cases, there were man-made |
| 21 | 10:52:44 | cliffs.  It's referred to as high walls, that pose a lot of |
| 22 | 10:52:49 | dangers to people who were unaware of those.  A lot of |
| 23 | 10:52:54 | radioactive wastes were dumped over cliff faces or left on |
| 24 | 10:52:59 | site.  We also found a lot of small drilled holes that were |
| 25 | 10:53:07 | still loaded.  You could see where blasting caps and dynamite |