# Exhibit J

Grady F. Tollison, Jr.                              September 13, 2011

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
TRONOX INCORPORATED, et al.,              ) Chapter 11
                    Debtors              ) Case No.09-
_____     ) 10156 (ALG)
TRONOX INCORPORATED, TRONOX               )
WORLDWIDE, LLC f/k/a Kerr-McGee           )
Chemical Worldwide, LLC, and              ) Jointly
TRONOX, LLC, f/k/a Kerr-McGee             ) Administered
Chemical, LLC,                            )
                                          )
                       Plaintiffs,        ) Adversary
V.                                        ) Proceeding
                                          ) No. 09-01198
ANADARKO PETROLEUM CORPORATION            ) (ALG)
And KERR-MCGEE CORPORATION,               )
                       Defendants.        )
                                          )
                                          )
_____     )
THE UNITED STATES OF AMERICA,             )
          Plaintiff-Intervenor            )
                                          )
V.                                        )
                                          )
TRONOX, INC., TRONOX WORLDWIDE,           )
LLC, TRONOX, LLC, KERR-MCGEE              )
CORPORATION and ANADARKO PETROLEUM        )
CORPORATION,                              )
                       Defendants.        )
                                          )

*******************************************
30(b)(6) DEPOSITION OF TOLLISON LAW FIRM, P.A.
BY AND THROUGH GRADY F. TOLLISON, JR., ESQUIRE,
CORPORATE DESIGNEE
Taken at the the Law Offices of
Tollison Law Firm, P.A.,
103 North Lamar Boulevard,
Oxford, Mississippi,
Tuesday, September 13, 2011,
commencing at approximately 9:00 a.m.
*******************************************



Toll Free: 800.708.8087
Facsimile: 312.704.4950

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Grady F. Tollison, Jr.                                September 13, 2011

16

1  got involved?
2      A.    That -- that would be accurate.
3  Obviously, if we entered an appearance that
4  would have been -- but, of course, we were
5  involved before this.  We -- we had had -- well,
6  obviously, we had talked with Bill Liston and
7  Crymes Pittman, which I'll get into if you ask
8  me.  And -- and I would say we'd been involved a
9  month, maybe two months before we entered an
10 appearance, because this -- we knew what we were
11 -- we knew where this would lead on prior
12 experience.
13     Q.    Do you recall the initial
14 conversations with Howard Gunn about this case?
15     A.    They will be general, not specific.  I
16 did ask him for the history of it, and Howard
17 was very -- very -- told me what -- what had
18 transpired up to that time.  That would be the
19 initial conversation, why he wanted us.  He felt
20 like they had tried some other things.  He at --
21 you want me to go back to what I recollect he
22 told me?
23     Q.    Yes, please.
24     A.    Okay.  He said that they had
25 originally been in a group with a lawyer in



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.704.4950

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Grady F. Tollison, Jr.                          September 13, 2011

17

1  Columbus, Mississippi named Wilbur Colom, and
2  they had these cases from the creosote plant,
3  and Wilbur had a bunch of them, as some other
4  lawyers did, and some of them are listed here.
5  I don't know how they got the cases, but they
6  had a lot of cases of people who lived in
7  proximity to the creosote plant.  They had had a
8  lawyer named Lundy, who is a Mississippi College
9  Law School graduate.  That's a college in
10 Jackson, Mississippi, a private, Baptist
11 college.  But he, I believe, lived in Louisiana,
12 but he was licensed both in Mississippi and
13 Louisiana.  He had graduated from Mississippi
14 College.  He had background -- I don't know him,
15 but I know of him.  And he had had some chemical
16 background activity in Louisiana, which has a
17 lot of chemical lawsuits, and he had had
18 dealings with Kerr-McGee.  So Wilbur Colom and
19 Lundy had, according to Howard, and I'm not sure
20 of the details, had some settled.  Howard's
21 clients and some of the Columbus lawyers'
22 clients were not happy with the settlement.
23 They were very unhappy, and so they opted out of
24 the settlement.  And this is all -- I didn't
25 investigate any of this or have any independent



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.704.4950

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com