UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

In Re:                                                                Chapter 11 Case No.
                                                                             09-10156(ALG)
  Tronox Incorporated.

                    Debtors:                                         Adv. 09-1198

 Tronox Incorporated.
    Plaintiff.
ANADARKO PETROLEUM CORPORATION and
KERR-McGEE CORPORATION, KERR-MCGEE
OIL & GAS CORPORATION, KERR-MCGEE
WORLDWIDE CORPORATION, KERR-MCGEE
INVESTMENT CORPORATION, KERR-MCGEE
CREDIT LLC, KERR-MCGEE SHARED SERVICES
COMPANY LLC, AND KERR-MCGEE STORED
POWER COMPANY LLC
Defendants.
THE UNITED STATES OF AMERICA,
Plaintiff-Intervenor,
v.
TRONOX, INC., TRONOX WORLDWIDE LLC,
TRONOX LLC, KERR-McGEE CORPORATION and
ANADARKO PETROLEUM CORPORATION,
Defendants.


CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER


THE MATERIAL HEREIN HAS BEEN FILED ON MARCH 16, 2012 UNDER
SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED
MARCH 9, 2012
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.