**Hearing Date:  April 24, 2012 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline:  April 6, 2012 4:00 p.m. (Prevailing Eastern Time)**

| | |
|---|---|
| Melanie Gray (*admitted pro hac vice*) | Richard A. Rothman (RR 0507) |
| Lydia Protopapas (LP 8089) | Bruce S. Meyer (BM 3506) |
| Jason W. Billeck (*admitted pro hac vice*) | WEIL, GOTSHAL & MANGES LLP |
| WEIL, GOTSHAL & MANGES LLP | 767 Fifth Avenue |
| 700 Louisiana, Suite 1600 | New York, New York 10153 |
| Houston, Texas 77002 | Telephone:  (212) 310-8000 |
| Telephone:  (713) 546-5000 | Facsimile:  (212) 310-8007 |
| Facsimile:  (713) 224-9511 | |
| | |
| James J. Dragna (*admitted pro hac vice*) | Thomas R. Lotterman (*admitted pro hac vice*) |
| BINGHAM MCCUTCHEN LLP | Duke K. McCall, III (*admitted pro hac vice*) |
| 335 South Grand Avenue, Suite 4400 | BINGHAM MCCUTCHEN LLP |
| Los Angeles, California 90071 | 2020 K Street, NW |
| Telephone:  (213) 680-6400 | Washington, DC 20006 |
| Facsimile:  (213) 680-6499 | Telephone:  (202) 373-6000 |
| | Facsimile:  (202) 373-6001 |

*Counsel to Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRONOX INCORPORATED, *et al*., | ) Case No. 09-10156 (ALG) |
| | ) |
| Debtors. | ) Jointly Administered |
| **TRONOX INCORPORATED, TRONOX** | ) |
| **WORLDWIDE LLC f/k/a Kerr-McGee** | ) Adv. Pro. No. 09-01198 (ALG) |
| **Chemical Worldwide LLC, and TRONOX LLC** | ) |
| **f/k/a Kerr-McGee Chemical LLC,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) **NOTICE OF DEFENDANTS'** |
| | ) **MOTION *IN LIMINE* TO** |
| **ANADARKO PETROLEUM CORPORATION and** | ) **EXCLUDE TESTIMONY OF THE** |
| **KERR-McGEE CORPORATION, KERR-MCGEE** | ) **AVOCA WITNESSES** |
| **OIL & GAS CORPORATION, KERR-MCGEE** | ) |
| **WORLDWIDE CORPORATION, KERR-MCGEE** | ) |
| **INVESTMENT CORPORATION, KERR-MCGEE** | ) |
| **CREDIT LLC, KERR-MCGEE SHARED** | ) |
| **SERVICES COMPANY LLC, AND KERR-MCGEE** | ) |
| **STORED POWER COMPANY LLC** | ) |
| | ) |
| **Defendants.** | ) |
| **THE UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff-Intervenor,** | ) |
| v. | ) |
| | ) |
| **TRONOX, INC., TRONOX WORLDWIDE LLC,** | ) |
| **TRONOX LLC, KERR-McGEE CORPORATION** | ) |
| **and ANADARKO PETROLEUM CORPORATION,** | ) |
| | ) |
| **Defendants.** | ) |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Thomas R. Lotterman, and the memorandum of law in support of motion, Defendants Anadarko Petroleum Corporation, Kerr-McGee Corporation, Kerr-McGee Oil & Gas Corporation, Kerr-McGee Worldwide Corporation, Kerr-McGee Investment Corporation, Kerr-McGee Credit LLC, Kerr-McGee Shared Services Company LLC and Kerr-McGee Stored Power Company LLC will move this Court for an order granting Defendants' Motion *In Limine* to Exclude Testimony of the Avoca Witnesses. A hearing will be held before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **April 24, 2012, 10:00 a.m.** (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that any responses or objections to this motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, set forth the legal and factual basis therefor, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) the chambers of the Honorable Allan L. Gropper, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, attorneys for the Defendants, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard A. Rothman, Esq., and Bruce S. Meyer, Esq.) and 700 Louisiana, Suite 1600, Houston, Texas, 77002 (Attn: Melanie Gray, Esq., Lydia Protopapas, Esq., and Jason W. Billeck, Esq.); (iii) Bingham McCutchen LLP,

1

attorneys for the Defendants, 355 South Grand Avenue, Suite 4400, 3 Los Angles, California 90071 (Attn: James J. Dragna, Esq.), and 2020 K Street, NW, Washington, DC 20006 (Attn: Thomas R. Lotterman, Esq. and Duke K. McCall, III, Esq.); (vi) the United States Attorneys Office, 86 Chambers Street, New York, New York 10007 (Attn: Joseph A. Pantoja, Esq.), so as to be filed and received no later than **April 6, 2012, 4:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline").

Dated: March 16, 2012

                                                                                 */s/ Thomas R. Lotterman*

| | |
|---|---|
| Richard A. Rothman (RR 0507) | Thomas R. Lotterman (*admitted pro hac vice*) |
| Bruce S. Meyer (BM 3506) | Duke K. McCall, III (*admitted pro hac vice*) |
| WEIL, GOTSHAL & MANGES LLP | BINGHAM MCCUTCHEN LLP 2020 K Street, NW |
| 767 Fifth Avenue New York, New York 10153 | Washington, DC 20006 |
| Telephone: (212) 310-8000 | Telephone: (202) 373-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (202) 373-6001 |
| | |
| Melanie Gray (*admitted pro hac vice*) | James J. Dragna (*admitted pro hac vice*) |
| Lydia Protopapas (LP 8089) | BINGHAM MCCUTCHEN LLP |
| Jason W. Billeck (*admitted pro hac vice*) | 355 South Grand Avenue, Suite 4400 |
| WEIL, GOTSHAL & MANGES LLP | Los Angeles, California 90071 |
| 700 Louisiana, Suite 1600 | Telephone: (213) 680-6400 |
| Houston, Texas 77002 | Facsimile: (213) 680-6499 |
| Telephone: (713) 546-5000 | *Counsel to Defendants* |
| Facsimile: (713) 224-9511 | |

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2012, a true and correct copy of the foregoing was served on the following counsel of record by ECF and/or as indicated below:

| **Via email jeffrey.zeiger@kirkland.com and jzeiger@kirkland.com** | **Via email joseph.pantoja@usdoj.gov** |
|---|---|
| Jeffrey J. Zeiger<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Joseph A. Pantoja<br>Assistant United States Attorney<br>86 Chambers Street<br>New York, NY 10007 |

/s/ *Thomas R. Lotterman*
Thomas R. Lotterman

3

A/74837351.1