| | |
|---|---|
| Melanie Gray (*admitted pro hac vice*) <br> Lydia Protopapas (LP 8089) <br> Jason W. Billeck (*admitted pro hac vice*) <br> WEIL, GOTSHAL & MANGES LLP <br> 700 Louisiana, Suite 1600 <br> Houston, Texas 77002 <br> Telephone: (713) 546-5000 <br> Facsimile: (713) 224-9511 | Richard A. Rothman (RR 0507) <br> Bruce S. Meyer (BM 3506) <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 |
| James J. Dragna (*admitted pro hac vice*) <br> BINGHAM MCCUTCHEN LLP <br> 335 South Grand Avenue, Suite 4400 <br> Los Angeles, California 90071 <br> Telephone: (213) 680-6400 <br> Facsimile: (213) 680-6499 | Thomas R. Lotterman (*admitted pro hac vice*) <br> Duke K. McCall, III (*admitted pro hac vice*) <br> BINGHAM MCCUTCHEN LLP <br> 2020 K Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 373-6000 <br> Facsimile: (202) 373-6001 |

*Counsel to Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re                                                                     ) Chapter 11
                                                                          )
**TRONOX INCORPORATED,** *et al.***,**                                    ) Case No. 09-10156 (ALG)
                                                                          )
       **Debtors.**                    )
                                                                          ) Jointly Administered
**TRONOX INCORPORATED, TRONOX**                                           )
**WORLDWIDE LLC f/k/a Kerr-McGee**                                        ) Adv. Pro. No. 09-01198 (ALG)
**Chemical Worldwide LLC, and TRONOX LLC**                                )
**f/k/a Kerr-McGee Chemical LLC,**                                        )
                                                                          )
       **Plaintiffs,**                 )
v.                                                                        ) **DECLARATION OF THOMAS R.**
                                                                          ) **LOTTERMAN IN SUPPORT OF**
**ANADARKO PETROLEUM CORPORATION**                                        ) **DEFENDANTS' MOTION *IN LIMINE***
**and KERR-McGEE CORPORATION, KERR-**                                     ) **TO EXCLUDE TESTIMONY OF THE**
**MCGEE OIL & GAS CORPORATION, KERR-**                                    ) **AVOCA WITNESSES**
**MCGEE WORLDWIDE CORPORATION, KERR-**                                    )
**MCGEE INVESTMENT CORPORATION, KERR-**                                   )
**MCGEE CREDIT LLC, KERR-MCGEE SHARED**                                   )
**SERVICES COMPANY LLC, AND KERR-MCGEE**                                  )
**STORED POWER COMPANY LLC**                                              )
                                                                          )
       **Defendants.**                 )
                                                                          )
**THE UNITED STATES OF AMERICA,**                                         )
                                                                          )
       **Plaintiff-Intervenor,**        )
v.                                                                        )
                                                                          )
**TRONOX, INC., TRONOX WORLDWIDE LLC,**                                   )
**TRONOX LLC, KERR-McGEE CORPORATION**                                    )
**and ANADARKO PETROLEUM CORPORATION,**                                   )
                                                                          )
       **Defendants.**                 )

THOMAS R. LOTTERMAN, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct:

1. I am a member of the bar of the District of Columbia and an attorney with the law firm of Bingham McCutchen LLP, which serves as co-counsel to Defendants Anadarko Petroleum Corporation, Kerr-McGee Corporation, Kerr-McGee Oil & Gas Corporation, Kerr-McGee Worldwide Corporation, Kerr-McGee Investment Corporation, Kerr-McGee Credit LLC, Kerr-McGee Shared Services Company LLC, and Kerr-McGee Stored Power Company LLC in the above-captioned adversary proceeding.

2. I make this Declaration in support of Defendants' Motion *In Limine* to Exclude Testimony of the Avoca Witnesses (the "Motion"), to place copies of documents cited in the Motion before the Court, and to set forth additional facts relevant to this dispute with Plaintiffs. I have personal knowledge of the matters set forth herein.

3. At a hearing held before this Court on December 22, 2011, the Court repeatedly warned that it is "not going to try a creosote case in this litigation."

4. On February 24, 2012, Plaintiffs and Defendants exchanged witness lists. Plaintiffs' list includes the following three designations: two Avoca tort claimants (Leonard Ash, Sr. and David Perks) and the former mayor of Avoca (James Haddock).

5. Attached hereto as <u>Exhibit A</u> is a true and correct copy of excerpts from the transcript of a hearing held before this Court on December 22, 2011.

Executed on: March 16, 2012

                                                  */s/ Thomas R. Lotterman*
                                                  Thomas R. Lotterman