# EXHIBIT A

Page 1

```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 09-10156-alg; Adv. Proc. No. 09-01198-alg
 5   - - - - - - - - - - - - - - - - - - - - - - -x
 6   In the Matter of:
 7   TRONOX INCORPORATED, ET AL.,
 8              Debtors.
 9   - - - - - - - - - - - - - - - - - - - - - - -x
10   TRONOX INCORPORATED, ET AL.,
11              Plaintiffs,
12    - against -
13   ANADARKO PETROLEUM CORPORATION, ET AL.,
14              Defendants.
15   - - - - - - - - - - - - - - - - - - - - - - -x
16              United States Bankruptcy Court
17              One Bowling Green
18              New York, New York
19
20              December 22, 2011
21              10:23 AM
22
23   B E F O R E:
24   HON. ALLAN L. GROPPER
25   U.S. BANKRUPTCY JUDGE
```

```
 1   all of our microbes.
 2              THE COURT:  That's hearsay, it's excludable, and I
 3   don't think they'd even try to get it in.  I am not going to
 4   try a creosote case in this litigation.  And if anybody thinks
 5   I am, they're just -- it's already projected at I think six
 6   weeks.  I'm not trying that case.
 7              MR. LOTTERMAN:  Your Honor, that's good news to my
 8   ears.
 9              THE COURT:  You can be confident of that.
10              MR. LOTTERMAN:  Okay.  All right.
11              THE COURT:  But obviously, there were some cases that
12   preceded 2005.
13              MR. LOTTERMAN:  Sure.
14              THE COURT:  There were cases that came after 2005.
15              MR. LOTTERMAN:  Right.
16              THE COURT:  There was a, you would say unscrupulous
17   but highly charged plaintiffs' lawyer --
18              MR. LOTTERMAN:  No pun intended.
19              THE COURT:  -- getting interested in the issue, and I
20   think an expert can draw certain conclusions as your expert can
21   draw certain conclusions, based on the facts.  But I assure
22   you, I'm not trying a creosote case, I'm not trying -- how
23   many -- thirty or forty environmental cases as to whether
24   the -- as to specifics about the liability, and I'm not going
25   to be influenced one way or another by the fact that Mr. Powell
```

09-01198-mew    Doc 320-3    Filed 03/16/12    Entered 03/16/12 21:12:40    Exhibit
Pg 4 of 4
TRONOX INCORPORATED, ET AL.

Page 28

```
 1  been anticipated.
 2          MR. LOTTERMAN:  Right.
 3          THE COURT:  And I'll -- perhaps that an issue I'll
 4  have to consider, and I hope the briefing on it is concise.
 5  But it may be an important point.
 6          MR. ZEIGER:  Your Honor, very briefly, what I would
 7  propose is that we look at the highlighted testimony.  Again,
 8  some of them -- we have gone back and forth on this.  We've met
 9  in person to discuss it.  I'd like to take another look at it
10  to find examples like that where I frankly thought it was
11  overreaching, but I take your point, too, that it could have
12  been found --
13          THE COURT:  We are not trying a creosote case.
14          MR. ZEIGER:  That I understand.
15          THE COURT:  We're not trying any of the individual
16  cases.  We can't possibly.
17          MR. ZEIGER:  That --
18          THE COURT:  And I know that you have on your team
19  plaintiffs lawyers in the tort area who always want the trier
20  of fact to get a feel for the cases and the individuals.  I
21  have indivi -- you saw today, I have individuals who come
22  before me, and there is no jury.  But it is possible to be
23  evenhanded to all sides.  And I can't try a creosote case, but
24  there doesn't seem to be any issue that there was a creosote
25  issue, there was a creosote history, and one never knows what
```