**Hearing Date: TBD**
**Objection Deadline: April 6, 2012 4:00 p.m. (Prevailing Eastern Time)**

| | |
|---|---|
| Melanie Gray (*admitted pro hac vice*) | Richard A. Rothman (RR 0507) |
| Lydia Protopapas (LP 8089) | Bruce S. Meyer (BM 3506) |
| Jason W. Billeck (*admitted pro hac vice*) | WEIL, GOTSHAL & MANGES LLP |
| WEIL, GOTSHAL & MANGES LLP | 767 Fifth Avenue |
| 700 Louisiana, Suite 1600 | New York, New York 10153 |
| Houston, Texas 77002 | Telephone: (212) 310-8000 |
| Telephone: (713) 546-5000 | Facsimile: (212) 310-8007 |
| Facsimile: (713) 224-9511 | |
| | |
| James J. Dragna (*admitted pro hac vice*) | Thomas R. Lotterman (*admitted pro hac vice*) |
| BINGHAM MCCUTCHEN LLP | Duke K. McCall, III (*admitted pro hac vice*) |
| 335 South Grand Avenue, Suite 4400 | BINGHAM MCCUTCHEN LLP |
| Los Angeles, California 90071 | 2020 K Street, NW |
| Telephone: (213) 680-6400 | Washington, DC 20006 |
| Facsimile: (213) 680-6499 | Telephone: (202) 373-6000 |
| | Facsimile: (202) 373-6001 |

*Counsel to Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRONOX INCORPORATED, *et al.*, | ) Case No. 09-10156 (ALG) |
| | ) |
| Debtors. | ) Jointly Administered |
| **TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC,** | ) ) Adv. Pro. No. 09-01198 (ALG) ) ) ) |
| **Plaintiffs,** | ) |
| v. | ) **NOTICE OF DEFENDANTS'** |
| | ) **MOTION TO EXCLUDE THE** |
| **ANADARKO PETROLEUM CORPORATION and KERR-McGEE CORPORATION, KERR-MCGEE OIL & GAS CORPORATION, KERR-MCGEE WORLDWIDE CORPORATION, KERR-MCGEE INVESTMENT CORPORATION, KERR-MCGEE CREDIT LLC, KERR-MCGEE SHARED SERVICES COMPANY LLC, AND KERR-MCGEE STORED POWER COMPANY LLC** | ) **TESTIMONY OF DR. NEIL M.** ) **RAM UNDER FEDERAL RULE OF** ) **EVIDENCE 702** ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |
| **THE UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff-Intervenor,** | ) |
| v. | ) |
| | ) |
| **TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-McGEE CORPORATION and ANADARKO PETROLEUM CORPORATION,** | ) ) ) ) |
| **Defendants.** | ) |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Thomas R. Lotterman, and the memorandum of law in support of motion, Defendants Anadarko Petroleum Corporation, Kerr-McGee Corporation, Kerr-McGee Oil & Gas Corporation, Kerr-McGee Worldwide Corporation, Kerr-McGee Investment Corporation, Kerr-McGee Credit LLC, Kerr-McGee Shared Services Company LLC and Kerr-McGee Stored Power Company LLC will move this Court for an order granting Defendants' Motion to Exclude the Testimony of Dr. Neil M. Ram Under Federal Rule of Evidence 702.  A hearing will be held before the Honorable Allan L. Gropper, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, date to be determined.

PLEASE TAKE FURTHER NOTICE that any responses or objections to this motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, set forth the legal and factual basis therefor, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) the chambers of the Honorable Allan L. Gropper, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, attorneys for the Defendants, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard A. Rothman, Esq., and Bruce S. Meyer, Esq.) and 700 Louisiana, Suite 1600, Houston, Texas, 77002 (Attn: Melanie Gray, Esq., Lydia Protopapas, Esq., and Jason W. Billeck, Esq.); (iii) Bingham McCutchen LLP,

1

attorneys for the Defendants, 355 South Grand Avenue, Suite 4400, 3 Los Angles, California 90071 (Attn: James J. Dragna, Esq.), and 2020 K Street, NW, Washington, DC 20006 (Attn: Thomas R. Lotterman, Esq. and Duke K. McCall, III, Esq.); (vi) the United States Attorneys Office, 86 Chambers Street, New York, New York 10007 (Attn: Joseph A. Pantoja, Esq.), so as to be filed and received no later than **April 6, 2012, 4:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline").

Dated: March 16, 2012

| | */s/ Thomas R. Lotterman* |
|---|---|
| Richard A. Rothman (RR 0507) | Thomas R. Lotterman (*admitted pro hac vice*) |
| Bruce S. Meyer (BM 3506) | Duke K. McCall, III (*admitted pro hac vice*) |
| WEIL, GOTSHAL & MANGES LLP | BINGHAM MCCUTCHEN LLP 2020 K Street, NW |
| 767 Fifth Avenue New York, New York 10153 | Washington, DC 20006 |
| Telephone: (212) 310-8000 | Telephone: (202) 373-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (202) 373-6001 |
| | |
| Melanie Gray (*admitted pro hac vice*) | James J. Dragna (*admitted pro hac vice*) |
| Lydia Protopapas (LP 8089) | BINGHAM MCCUTCHEN LLP |
| Jason W. Billeck (*admitted pro hac vice*) | 355 South Grand Avenue, Suite 4400 |
| WEIL, GOTSHAL & MANGES LLP | Los Angeles, California 90071 |
| 700 Louisiana, Suite 1600 | Telephone: (213) 680-6400 |
| Houston, Texas 77002 | Facsimile: (213) 680-6499 |
| Telephone: (713) 546-5000 | *Counsel to Defendants* |
| Facsimile: (713) 224-9511 | |

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 16, 2012, a true and correct copy of the foregoing was served on the following counsel of record by ECF and/or as indicated below:

**Via email jeffrey.zeiger@kirkland.com and jzeiger@kirkland.com**

Jeffrey J. Zeiger
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

**Via email joseph.pantoja@usdoj.gov**

Joseph A. Pantoja
Assistant United States Attorney
86 Chambers Street
New York, NY 10007

/s/  *Thomas R. Lotterman*
Thomas R. Lotterman