Melanie Gray (*admitted pro hac vice*)
Lydia Protopapas (LP 8089)
Jason W. Billeck (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

James J. Dragna (*admitted pro hac vice*)
BINGHAM MCCUTCHEN LLP
335 South Grand Avenue, Suite 4400
Los Angeles, California 90071
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499

*Counsel to Defendants*

Richard A. Rothman (RR 0507)
Bruce S. Meyer (BM 3506)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Thomas R. Lotterman (*admitted pro hac vice*)
Duke K. McCall, III (*admitted pro hac vice*)
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
Telephone:  (202) 373-6000
Facsimile:  (202) 373-6001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | ) Chapter 11 |
| | ) |
| **TRONOX INCORPORATED, *et al*.,** | ) Case No. 09-10156 (ALG) |
| **Debtors.** | ) |
| | ) Jointly Administered |
| **TRONOX INCORPORATED, TRONOX WORLDWIDE LLC f/k/a Kerr-McGee Chemical Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee Chemical LLC,** | ) Adv. Pro. No. 09-01198 (ALG) |
| **Plaintiffs,** | ) |
| **v.** | ) **DECLARATION OF THOMAS R. LOTTERMAN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. NEIL M. RAM UNDER FEDERAL RULE OF EVIDENCE 702** |
| **ANADARKO PETROLEUM CORPORATION and KERR-McGEE CORPORATION, KERR-MCGEE OIL & GAS CORPORATION, KERR-MCGEE WORLDWIDE CORPORATION, KERR-MCGEE INVESTMENT CORPORATION, KERR-MCGEE CREDIT LLC, KERR-MCGEE SHARED SERVICES COMPANY LLC, AND KERR-MCGEE STORED POWER COMPANY LLC** | ) |
| **Defendants.** | ) |
| **THE UNITED STATES OF AMERICA,** | ) |
| **Plaintiff-Intervenor,** | ) |
| **v.** | ) |
| **TRONOX, INC., TRONOX WORLDWIDE LLC, TRONOX LLC, KERR-McGEE CORPORATION and ANADARKO PETROLEUM CORPORATION,** | ) |
| **Defendants.** | ) |

A/74837236 1

THOMAS R. LOTTERMAN, declares, pursuant to 28 U.S.C. § 1746, under penalty of

perjury that the following is true and correct:

1.        I am a member of the bar of the District of Columbia and an attorney with the law

firm of Bingham McCutchen LLP, which serves as co-counsel to Defendants Anadarko

Petroleum Corporation, Kerr-McGee Corporation, Kerr-McGee Oil & Gas Corporation,

Kerr-McGee Worldwide Corporation, Kerr-McGee Investment Corporation, Kerr-McGee

Credit LLC, Kerr-McGee Shared Services Company LLC, and Kerr-McGee Stored

Power Company LLC in the above-captioned adversary proceeding.

2.        I make this Declaration in support of Defendants' Motion to Exclude the

Testimony of Dr. Neil M. Ram Under Federal Rule of Evidence 702 (the "Motion"), to

place copies of documents cited in the Motion before the Court, and to set forth

additional facts relevant to this dispute with Plaintiffs.  I have personal knowledge of the

matters set forth herein.

3.        On June 24, 2011, Plaintiffs produced the expert report of Roux Associates Inc.

(signed by Dr. Neil M. Ram), entitled "Environmental Liability Evaluation of Tronox

Legacy Sites."

4.        ████████████████████████████████████████████████████

████████████████████████████████████████████

5.        Attached hereto as Exhibit A is a true and correct copy of excerpts from the

transcript of the deposition of Dr. Neil M. Ram held on February 8, 2012.

6.        Attached hereto as Exhibit B is a true and correct copy of ASTM E2137-01

"Standard Guide for Estimating Monetary Costs and Liabilities for Environmental

Matters."

A/74837236 1

7.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of excerpts from the

Expert Report of Neil S. Shifrin and Richard Lane White (For All Sites) on Behalf of

Defendants, dated November 3, 2011.

Executed on: March 16, 2012

                                                        */s/ Thomas R. Lotterman*
                                                        Thomas R. Lotterman

A/74837236 1