# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-22668 |
| | ) | |
| OLDE PRAIRIE BLOCK OWNER, LLC, | ) | Chapter 11 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DEBTOR'S STATEMENT IN RESPONSE TO
## SECOND AMENDMENT TO FINAL PRETRIAL ORDER

Olde Prairie Block Owner, LLC (the "Debtor"), by and through its counsel, in response to the Court's Second Amendment to Final Pretrial Order [Dkt. No. 332], state that the Debtor expressly consents to entry of a Final Order or Judgment by the Bankruptcy Judge to the extent that any or Counts I to V of its Amended Objection are deemed by this Court or a higher court to be non-core.

Respectfully submitted,

Dated: November 12, 2010    OLDE PRAIRIE BLOCK OWNER, LLC, Debtor

By: /s/ George R. Mesires
    One of its attorneys

John Ruskusky (ARDC No. 6256605)
George R. Mesires (ARDC No. 6276952)
Nile N. Park (ARDC No. 6297375)
Patrick F. Ross (ARDC No. 6296461)
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: 312-977-4400
Email:    jruskusky@uhlaw.com
          grmesires@uhlaw.com
          npark@uhlaw.com
          pfross@uhlaw.com

# CERTIFICATE OF SERVICE

I, George R. Mesires, the undersigned attorney, hereby certify that before 4:00 p.m. on the 12th day of November, 2010, I caused to be served true and correct copies of the **Debtor's Statement In Response To Second Amendment To Final Pretrial Order** on the following individuals by the methods identified below.

/s/George R. Mesires

**BY CM/ECF**

| | |
|---|---|
| U.S. Trustee | Counsel for CenterPoint Properties Trust |
| William T. Neary | David Heroy (David.Heroy@bakermckenzie.com) |
| (USTPRegion11.ES.ECF@usdoj.gov) | Shima Roy (Shima.Roy@bakermckenzie.com) |
| Office of the U.S. Trustee, Region 11 | Ethan Ostrow (ethan.ostrow@bakermckenzie.com) |
| 219 S. Dearborn St., Room 873 | Baker & McKenzie LLP |
| Chicago, IL 60604 | One Prudential Plaza, Suite 3600 |
| (312) 886-5785 phone | 130 E. Randolph Street |
| | Chicago, IL 60601 |
| | 312-861-8422 phone |
| | 312-698-2100 fax |

Counsel for the Debtor
George R. Mesires (grmesires@uhlaw.com)
Patrick F. Ross (pfross@uhlaw.com)
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
(312) 977-4400 phone