
| | |
|---|---|
| Melanie Gray *(admitted pro hac vice)* | Richard A. Rothman (RR 0507) |
| Lydia Protopapas (LP 8089) | Bruce S. Meyer (BM 3506) |
| Jason W. Billeck *(admitted pro hac vice)* | Lori L. Pines (LP 3005) |
| WEIL, GOTSHAL & MANGES LLP | WEIL, GOTSHAL & MANGES LLP |
| 700 Louisiana, Suite 1600 | 767 Fifth Avenue |
| Houston, Texas 77002 | New York, New York 10153 |
| Telephone: (713) 546-5000 | Telephone: (212) 310-8000 |
| Facsimile: (713) 224-9511 | Facsimile: (212) 310-8007 |
| | |
| James J. Dragna *(admitted pro hac vice)* | Thomas R. Lotterman *(admitted pro hac vice)* |
| BINGHAM MCCUTCHEN LLP | Duke K. McCall, III *(admitted pro hac vice)* |
| 355 South Grand Avenue, Suite 4400 | BINGHAM MCCUTCHEN LLP |
| Los Angeles, California 90071 | 2020 K Street, NW |
| Telephone: (213) 680-6400 | Washington, DC 20006 |
| Facsimile: (213) 680-6499 | Telephone: (202) 373-6000 |
| | Facsimile: (202) 373-6001 |

Kenneth N. Klee (KK 5910)
David M. Stern *(pro hac vice pending)*
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

*Counsel for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRONOX INCORPORATED, *et al.*, | ) | Case No. 09-10156 (ALG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| TRONOX INCORPORATED, TRONOX | ) | |
| WORLDWIDE LLC f/k/a Kerr-McGee Chemical | ) | |
| Worldwide LLC, and TRONOX LLC f/k/a Kerr-McGee | ) | |
| Chemical LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. Pro. No. 09-1198 |
| | ) | |
| ANADARKO PETROLEUM CORPORATION | ) | |
| and KERR-McGEE CORPORATION, KERR-MCGEE | ) | |
| OIL & GAS CORPORATION, KERR-MCGEE | ) | |
| WORLDWIDE CORPORATION, KERR-MCGEE | ) | |
| INVESTMENT CORPORATION, KERR-MCGEE | ) | |
| CREDIT LLC, KERR-MCGEE SHARED SERVICES | ) | |
| COMPANY LLC, and KERR-MCGEE STORED POWER | ) | |
| COMPANY LLC, | ) | |
| Defendants. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Intervenor, | ) | |
| v. | ) | |
| | ) | |
| TRONOX INC., TRONOX WORLDWIDE LLC, | ) | |
| TRONOX LLC, KERR-MCGEE CORPORATION, | ) | |
| and ANADARKO PETROLEUM CORPORATION, | ) | |
| Defendants. | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE***

US_ACTIVE:\43959822\18\15337.0004

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE
FILED UNDER SEAL**

Dated: April 6, 2012         Respectfully submitted,
New York, New York

   */s/ Richard A. Rothman*
Melanie Gray *(admitted pro hac vice)*
Lydia Protopapas (LP 8089)
Jason W. Billeck *(admitted pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Richard A. Rothman (RR 0507)
Bruce S. Meyer (BM 3506)
Lori L. Pines (LP 3005)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

James J. Dragna *(admitted pro hac vice)*
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Thomas R. Lotterman *(admitted pro hac vice)*
Duke K. McCall, III *(admitted pro hac vice)*
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

 Kenneth N. Klee (KK 5910)
David M. Stern *(pro hac vice pending)*
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090
*Counsel for Defendants*