**EXHIBIT A: FACT AND EXPERT DISCOVERY OCCURRING ON OR AFTER JUNE 24, 2011**

## FACT DISCOVERY

### DEPOSITIONS: FACT WITNESSES (TAKEN BETWEEN JUNE 24, 2011 AND FEBRUARY 21, 2012)

| Date of Deposition | Name of Witness |
|---|---|
| 6/28/2011 | Scott F. Smith (on behalf of Covington & Burling LLP) |
| 6/28/2011 | David B.H. Martin (on behalf of Covington & Burling LLP) |
| 6/28/2011 | Chinh E. Chu |
| 8/12/2011 | Donald Shandy |
| 8/25/2011 | Robert John Powell (on behalf of Powell Law Group) |
| 9/13/2011 | Grady F. Tollison, Jr. (on behalf of Tollison Law Firm, P.A.) |

## EXPERT DISCOVERY

### PRODUCTION OF PLAINTIFFS' EXPERT REPORTS

| Date Initial Report Produced | Date Rebuttal Report Produced | Name of Expert |
|---|---|---|
| 6/24/2011 | 11/3/2011 | James R. Fisher |
| 6/24/2011 | 11/3/2011 | Robert J. Rock |
| N/A | 11/3/2011 | Steven E. Evans |
| 6/24/2011 | 12/2/2011 | Denise Neumann Martin |
| N/A | 12/16/2011 | Owen A. Lamont |
| N/A | 12/16/2011 | Todd R. Snyder |
| 6/24/2011 | 12/16/2011 | Neil M. Ram |
| 6/24/2011 | 12/16/2011 | Jack F. Williams |
| 6/24/2011 | 12/16/2011 | Grant W. Newton |

### PRODUCTION OF DEFENDANTS' EXPERT REPORTS

| Date Response Report Produced | Date Surrebuttal Report Produced | Name of Expert |
|---|---|---|
| 9/26/2011 | 2/10/2012 | John M. Riley |
| 9/26/2011 | 12/5/2011 | Terrence M. Clauretie |
| 9/26/2011 | 1/17/2012 | Gary L. Cianfichi |
| 9/26/2011 | 1/17/2012 | David P. Stowell |
| 10/21/2011 | N/A | Thomas Vasquez |
| 11/3/2011 | 2/1/2012 | Jeff D. Balcombe |
| 11/3/2011 | 2/3/2012 | Daniel R. Fischel |
| 11/3/2011 | 1/17/2012 | Neil S. Shifrin/Richard L. White |

### DEPOSITIONS: EXPERT WITNESSES (TAKEN BETWEEN JUNE 24, 2011 AND FEBRUARY 21, 2012)

| Date of Deposition | Expert Retained By: | Name of Expert |
|---|---|---|
| 12/14/2011 | Defendants | Thomas Vasquez |
| 01/04/2012 | Defendants | Terrence M. Clauretie |
| 01/31/2012 | Defendants | David P. Stowell |
| 02/16/2012 | Defendants | Neil S. Shifrin |
| 02/17/2012 | Defendants | Richard L. White |
| 12/13/2011 | Plaintiffs | Denise Neumann Martin |
| 12/13/2011 | Plaintiffs | James R. Fisher |
| 01/05/2012 | Plaintiffs | Steven E. Evans |
| 02/08/2012 | Plaintiffs | Neil M. Ram |
| 02/14/2012 | Plaintiffs | Grant W. Newton |