UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| TRONOX INCORPORATED, *et al.*, | : | Case No. 09 B 10156 (ALG) |
| | : | |
| Debtors. | : | |

_____:

| | : | |
|---|---|---|
| TRONOX INCORPORATED, | : | |
| TRONOX WORLDWIDE LLC | : | |
| f/k/a Kerr-McGee Chemical Worldwide LLC, | : | |
| and TRONOX LLC f/k/a Kerr-McGee | : | |
| Chemical LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Pro. No. 09-01198 (ALG) |
| | : | |
| ANADARKO PETROLEUM CORPORATION | : | |
| and KERR-McGEE CORPORATION, | : | |
| | : | |
| Defendants. | : | |

_____:

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Intervenor, | : | |
| | : | |
| v. | : | |
| | : | |
| ANADARKO PETROLEUM CORPORATION | : | |
| and KERR-McGEE CORPORATION, | : | |
| | : | |
| Defendants. | : | |

_____:

### ORDER DENYING MOTIONS FILED BY PLAINTIFFS AND DEFENDANTS SEEKING AUTHORIZATION TO FILE THEIR RESPECTIVE PRE-TRIAL BRIEFS PARTIALLY UNDER SEAL

Having considered the positions of the parties and Apollo Global Management, L.P. and related entities, and taking note of ¶20 of the Agreed Protective Order, dated March 16, 2009, and ¶ 10(c) of the Second Agreed Protective Order, dated December 22, 2010, and for the reasons set forth on the record of the hearing on March 15, 2012, it is hereby

ORDERED, that the parties' respective motions seeking authorization to file their pre-trial briefs partially under seal are denied; and it is further

ORDERED, that said briefs and all pleadings shall hereafter be filed in unredacted form, and all evidence introduced in open court and without confidentiality restrictions, absent further order of the Court.

Dated: New York, New York
May 16, 2012

<u>s/Allan L. Gropper</u>
UNITED STATES BANKRUPTCY JUDGE