UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRONOX INCORPORATED, et al., | ) | Case No. 09-10156 (ALG) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| TRONOX INCORPORATED, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| KERR-MCGEE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | Adv. Pro. No. 09-01198 (ALG) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| v. | ) | |
| | ) | |
| TRONOX, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF FILING OF DEPOSITION DESIGNATIONS**

Pursuant to Federal Rule of Bankruptcy Procedure 7032 and Federal Rule of Civil Procedure 32, the parties in the above-captioned proceeding have submitted the following deposition designations in Plaintiffs' case-in-chief:

| DEPONENT | DATE FILED | DOCKET NO. |
|---|---|---|
| Adams, Thomas | 7/5/2012 | 436 |
| Addison, Roger | 6/20/2012 | 424 |
| Brown, Robert | 7/5/2012 | 438 |
| Charley, Perry | 6/4/2012; 6/11/2012 | 411, 422 |
| Chu, Chinh | 7/5/2012 | 439 |
| Collins, Kevin | 6/27/2012 | 428 |
| Corbett, Patrick | 7/6/2012 | 441 |
| Cubbage, Thomas | 7/19/2012 | 457 |
| Gordon, Peter | 5/29/2012; 5/31/2012 | 404, 408 |
| Klvac, David | 6/4/2012 | 412 |
| Logan, Stewart Michael | 6/4/2012 | 413 |
| Lux, Jeff | 6/4/2012 | 414 |
| Mikkelson, Mary | 7/6/2012 | 447 |
| Montgomery, B.J. | 5/29/2012 | 402 |
| Perkins, Dave | 7/20/2012 | 462 |
| Pilcher, Gregory | 5/29/2012 | 403 |
| Powell, Robert | 7/19/2012 | 458 |
| Shandy, Donald | 7/3/2012 | 431 |
| Sehgal, Rakesh | 6/27/2012 | 429 |
| Souleles, Thomas | 7/5/2012 | 437 |
| Stringer, Martin | 7/3/2012 | 432 |
| Tollison, Jr., Grady | 7/5/2012 | 440 |
| Watson, Christopher | 6/28/2012 | 430 |

Chicago, Illinois
Dated: July 20, 2012

/s/  *Jeffrey J. Zeiger*
KIRKLAND & ELLIS LLP
David J. Zott, P.C. (pro hac vice)
Jeffrey J. Zeiger (pro hac vice)
Seth Gastwirth
300 North LaSalle
Chicago, Illinois   60654-3406
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel for the Anadarko Litigation Trust*

## CERTIFICATE OF SERVICE

I, Jeffrey J. Zeiger, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 20th day of July 2012, I caused a true and correct copy of the foregoing Notice of Filing of Deposition Designations to be served upon the following via the Court's ECF Electronic Notification System and e-mail:

Melanie Gray (admitted pro hac vice)
Lydia Protopapas (LP 8089)
Jason W. Billeck (admitted pro hac vice)
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, Texas   77002
Telephone:   (713) 546-5000
Facsimile:   (713) 224-9511

Thomas R. Lotterman (admitted pro hac vice)
Duke K. McCall, III (admitted pro hac vice)
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
Telephone:   (202) 373-6000
Facsimile:   (202) 373-6001

Robert William Yalen
Assistant United States Attorney
86 Chambers Street
New York, NY   10007

*Counsel for the United States of America*

Richard A. Rothman (RR 0507)
Bruce S. Meyer (BM 3506)
Yehudah L. Buchweitz (YB4662)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

James J. Dragna (admitted pro hac vice)
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California   90071
Telephone:   (213) 680-6400
Facsimile:   (213) 680-6499

Kenneth N. Klee (KK 5910)
David M. Stern (admitted pro hac vice)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile:   (310) 407-9090

*Counsel to Defendants*

          */s/ Jeffrey J. Zeiger*
           Jeffrey J. Zeiger