**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| TRONOX INCORPORATED, *et al.*, ) | Case No. 09-10156 (ALG) |
| ) | Jointly Administered |
| Reorganized Debtors. ) | |
| ) | |
| ) | |
| TRONOX INCORPORATED, ) | |
| TRONOX WORLDWIDE LLC ) | |
| f/k/a Kerr-McGee Chemical Worldwide LLC, ) | |
| and TRONOX LLC f/k/a Kerr-McGee ) | |
| Chemical LLC,[1] ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 09-01198 (ALG) |
| ) | |
| KERR-McGEE CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

---

[1] Pursuant to the Anadarko Litigation Trust Agreement, which was approved by the Court on February 14, 2011 (Dkt. No. 2812), the Anadarko Litigation Trust was appointed as the representative of each of the Plaintiff Debtors' estates, as that term is used in section 1123(b)(3)(B) of the Bankruptcy Code, with the power and right to prosecute this matter. By the same agreement and Order, the Anadarko Litigation Trust was "deemed substituted" for the Debtor Plaintiffs in this matter "as the party in such litigation."

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| Plaintiff-Intervenor, | ) <br> ) |
| v. | ) <br> ) |
| TRONOX, INC., <br> TRONOX WORLDWIDE LLC, <br> TRONOX LLC, <br> KERR-MCGEE CORPORATION, and <br> ANADARKO PETROLEUM <br> CORPORATION, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## JOINT NOTICE OF ADMISSION OF TRIAL EXHIBITS

Attached as Exhibit A is a final list of trial exhibits admitted into evidence. Pursuant to the *Amended Order Denying Motions Filed By Plaintiffs and Defendants Seeking Authorization To File Their Respective Pre-Trial Briefs Partially Under Seal* [Dkt. No. 396] and Federal Rules of Evidence 502(d) and 502(f), the attached trial exhibit list does not waive any joint attorney-client privilege or protection or any other privilege or protection held by the parties in this or any other federal or state proceeding.

| | |
|---|---|
| Dated: December 20, 2012 | Respectfully submitted, |
| */s/ Melanie Gray* | /s/*Jeffrey J. Zeiger* |
| Melanie Gray<br>Jason W. Billeck<br>Weil, Gotashal & Manges LLP<br>700 Louisiana, Suite 1600<br>Houston, Texas  77002<br><br>*Counsel for Defendants* | David J. Zott, P.C. (*pro hac vice)*<br>Andrew A. Kassof, P.C. (AK 7079)<br>Jeffrey J. Zeiger (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois  60654-3406<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Counsel for the Anadarko Litigation Trust* |

## **CERTIFICATE OF SERVICE**

I, Jeffrey J. Zeiger, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 20th day of December 2012, I caused a true and correct copy of the foregoing Notice of Filing to be served upon the following:

**Via Electronic Mail**

Robert William Yalen
Assistant United States Attorney
86 Chambers Street
New York, New York 10007

*Counsel for the United States of America*

    */s/ Jeffrey J. Zeiger*