**Mr. Carl A. Lee**
P. O. Box 7401
Columbus, MS 39705-0002
(662) 549-4400 - cell

March 19, 2014

Hon. Allan L. Gropper
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RECEIVED MAR 25 2014 U.S. BANKRUPTCY COURT

RE: Kerr-McGee/Tronox, Inc.
     Chapter 11 Bankruptcy

Dear Judge Gropper:

    I am writing this letter to obtain information regarding the Chapter 11 bankruptcy of Tronox, Inc. Moreover, I and many citizens of Columbus, MS believe we have outstanding claims against the company stemming from contamination. Our understanding is that the court set-aside money for the payment of these claims. Please advise if this is true and how those of us who have not retained or have not had appropriate communications from counsel may proceed to receive compensation. Additionally, please inform us of the applicable contact information for the Trust which we understand has been established.

    Clearly we are aggrieved that we have yet to receive compensation for our injuries as a result of the exposure to creosote for more than thirty (30) years. It is a sad commentary on our legal system thus far. The attorneys seem to have made victims of the claimants again. While clearly we accept some of these issues, it may not be in your purview. We need your help in sorting out the current status of the case and the claims.

    Thanks in advance for any and all assistance. I remain

Sincerely,

*Carl A. Lee*
Carl A. Lee

Ec:  Kenneth Hairston
      Alvin Lee
      Cheryl Lee Moore
      Willie Carter
      Marjorie Carter
      Thomas Lee, Sr.
      Debora Culver
      Melinda Thompson
      Jeffrey C. Carter
      Tonja Abiakam
      Rebecca Braylock
      Judy Lee
      The Tronox Trust