UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 517
NEW YORK, NEW YORK 10004-1408

March 25, 2014

Mr. Carl A. Lee
P.O. Box 7401
Columbus, MS 39705-0002

Re: Tronox, Inc.
Case No. 09-10156

Dear Mr. Lee:

The Court is unable to respond to letters such as yours, however, the Trustee of the Tort Claims Trust may be able to direct you to the proper parties concerning your inquiry.

I am informed that the name and contact information for the Trustee of the Tort Claims Trust is as follows.

Joseph Bruemmer
Garretson Resolution Group
2115 Rexford Road
Charlotte, N.C. 28211

Telephone No. (704) 559-4300
Fax No. (704) 559-4331
Email – jbruemmer@garretsongroup.com

Very truly yours,

Jacqueline De Pierola
Courtroom Deputy to the
Honorable Allan L. Gropper

cc: David J. Zott, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Thomas R. Lotterman, Esq.
Bingham McCutchen LLP
2010 K Street, N.W.
Washington, D.C. 20006