David J. Zott, P.C. (*pro hac vice*)
Andrew A. Kassof, P.C. (AK 7079)
Jeffrey J. Zeiger (*pro hac vice*)
James R.P. Hileman (*pro hac vice*)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Counsel to Plaintiff Anadarko Litigation Trust*

John C. Hueston, Litigation Trustee
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199
*Anadarko Litigation Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| TRONOX INCORPORATED, *et al.*, | ) Case No. 09-10156 (ALG) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |
| | ) |
| | ) |
| TRONOX INCORPORATED, | ) Adversary Proceeding No. 09-01198 (ALG) |
| TRONOX WORLDWIDE LLC | ) |
| f/k/a Kerr-McGee Chemical Worldwide LLC, | ) |
| and TRONOX LLC f/k/a Kerr-McGee | ) |
| Chemical LLC,[1] | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |

---

[1] Pursuant to the Anadarko Litigation Trust Agreement, which was approved by the Court on February 14, 2011 (Dkt. No. 2812), the Anadarko Litigation Trust was appointed as the representative of each of the Plaintiff Debtors' estates, as that term is used in section 1123(b)(3)(B) of the Bankruptcy Code, with the power and right to prosecute this matter.  By the same agreement and Order, the Anadarko Litigation Trust was "deemed substituted" for the Debtor Plaintiffs in this matter "as the party in such litigation."

|  |  |
|---|---|
| v. | ) |
|  | ) |
| KERR-McGEE CORPORATION, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
| THE UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff-Intervenor, | ) |
|  | ) |
| v. | ) |
|  | ) |
| TRONOX, INC., | ) |
| TRONOX WORLDWIDE LLC, | ) |
| TRONOX LLC, | ) |
| KERR-MCGEE CORPORATION, and | ) |
| ANADARKO PETROLEUM | ) |
| CORPORATION, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## NOTICE OF FILING

Plaintiff in the above-captioned adversary proceeding hereby files the attached Execution Copy of the Tronox Incorporated Tort Claims Trust Agreement (Exhibit A) and amended Tronox Incorporated Tort Claims Trust Agreement (Exhibit B).

Dated:  April 1, 2014                          Respectfully submitted,

                                                            /s/  *Jeffrey J. Zeiger*

David J. Zott, P.C. (*admitted pro hac vice*)
Andrew A. Kassof, P.C. (AK 7079)
Jeffrey J. Zeiger (*admitted pro hac vice*)
James R.P. Hileman (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
*Counsel to the Anadarko Litigation Trust*

John C. Hueston
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

*Anadarko Litigation Trustee*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 1, 2014, a true and correct copy of the foregoing **NOTICE OF FILING** was served on the following counsel of record as indicated below via ECF and Email:

*Via ECF & email Robert.Yalen@usdoj.gov*
Robert William Yalen
Assistant United States Attorney
6 Chambers Street
New York, New York 10007

*Counsel to the United States*

*Via ECF & email jbilleck@winston.com*
Melanie Gray *(admitted pro hac vice)*
Jason W. Billeck *(admitted pro hac vice)*
Winston & Strawn LLP
1111 Louisiana Street, 25th Floor
Houston, Texas 77002-5242

*Via ECF & email duke.mccall@bingham.com*
Thomas R. Lotterman
Duke K. McCall, III *(admitted pro hac vice)*
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006

/s/ Jeffrey J. Zeiger
Jeffrey J. Zeiger