PREET BHARARA
United States Attorney for the
Southern District of New York
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2722
Facsimile:  (212) 637-2702
Email: robert.yalen@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 09-10156 (ALG) |
| TRONOX INCORPORATED, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |
| TRONOX INCORPORATED, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KERR-MCGEE CORPORATION, *et al.*, | : | Adv. Pro. No. 09-01198 (ALG) |
| | : | |
| Defendants. | : | |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Intervenor, | : | |
| v. | : | |
| | : | |
| TRONOX, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF LODGING OF PROPOSED
## SETTLEMENT AGREEMENT

The United States of America hereby lodges with the Court the proposed Settlement Agreement, attached hereto as Exhibit A.  The Settlement Agreement has been executed by all parties.

The United States requests that the Court not approve the proposed Settlement Agreement at this time.  Notice of the lodging of the proposed Settlement Agreement will be published in the *Federal Register*, following which the United States Department of Justice will accept public comments on the proposed Settlement Agreement for a 30-day period.  This document will be available during this comment period at http://www.usdoj.gov/enrd/Consent_Decrees.html.  After the conclusion of the public comment period, the United States will file with the Court any comments received, as well as responses to the comments, and at that time, if appropriate, will request that the Court approve the proposed Settlement Agreement.

Dated:  New York, New York
April 3, 2014

>                    PREET BHARARA
>                    United States Attorney for the
>                    Southern District of New York
>                    Attorney for the United States of America
>
> By:     /s/Robert William Yalen
>                    ROBERT WILLIAM YALEN
>                    Assistant United States Attorney
>                    86 Chambers Street, 3rd Floor
>                    New York, New York 10007
>                    Telephone:  (212) 637-2722
>                    Facsimile:  (212) 637-2702
>                    Email: robert.yalen@usdoj.gov