**EXHIBIT C TO MOTION**

Form of Dismissal Order with Prejudice

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____
                                                                )
TRONOX INCORPORATED, TRONOX            )
WORLDWIDE LLC f/k/a Kerr-McGee Chemical )
Worldwide LLC, and TRONOX LLC f/k/a Kerr- )
McGee Chemical LLC,                                 )
                                                                )
                    Plaintiffs,                              )
v.                                                             )
                                                                )
KERR-MCGEE CORPORATION, KERR-MCGEE )
OIL & GAS CORPORATION, KERR-MCGEE  )
WORLDWIDE CORPORATION, KERR-MCGEE )
INVESTMENT CORPORATION, KERR-MCGEE )   Case No. _____
CREDIT LLC, KERR-MCGEE SHARED SERVICES )
COMPANY LLC, and KERR-MCGEE STORED )   Adv. Pro. No. 09-01198 (ALG)
POWER COMPANY LLC,                            )
                                                                )
                    Defendants.                           )
_____)
                                                                )
THE UNITED STATES OF AMERICA,         )
                                                                )
                    Plaintiff-Intervenor,             )
v.                                                             )
                                                                )
TRONOX, INC., TRONOX WORLDWIDE LLC, )
TRONOX LLC, KERR-MCGEE CORPORATION, )
and ANADARKO PETROLEUM CORPORATION, )
                                                                )
                    Defendants.                           )
_____)

## ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

The Court having found that the parties stipulated and agreed to dismissal of the above-captioned adversary proceeding with prejudice and the case having been fully compromised and settled, in accordance with the April 3, 2014 Settlement Agreement between Plaintiff the Anadarko Litigation Trust, Defendants, and Plaintiff-Intervenor the United States, which was approved by the United States District Court for the Southern District of New York on [], [Dkt.

No. _], the above-captioned adversary proceeding is hereby **DISMISSED** with prejudice.  Each party shall bear its own costs and fees.

SO ORDERED this ___ day of _____, 2014

_____
HONORABLE [_____]
UNITED STATES DISTRICT JUDGE