**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

---

In re: Tronox Incorporated                                               Bankruptcy Case No.: 09−10156−alg

Tronox Incorporated
Tronox Worldwide LLC
Tronox LLC
fka Kerr−McGee Chemical Worldwide LLC
fka Kerr−McGee Chemical LLC
The United States Of America
The Anadarko Litigation Trust
                                                    Plaintiff(s),
 −against−                                                               Adversary Proceeding No. 09−01198−alg

Anadarko Petroleum Corporation
Kerr−McGee Corporation
Tronox, Inc.
Tronox Worldwide LLC
Tronox LLC
Kerr−McGee Corporation
Anadarko Petroleum Corporation
Kerr−McGee Stored Power Company LLC
Kerr−McGee Shared Services Company LLC
Kerr−McGee Credit LLC
Kerr−McGee Investment Corporation
Kerr−McGee Oil & Gas Corporation
Kerr−McGee Worldwide Corporation
                                                    Defendant(s)

---

### AMENDED NOTICE OF PROPOSED FINDINGS AND CONCLUSIONS

   PLEASE TAKE NOTICE that on May 30, 2014, Notice of Proposed Findings and Conclusions was sent to interested parties. Among other things, the Notice quoted Bankruptcy Rule 9033(b) and informed parties that the Rule provided 14-days after being served with a copy of the document to serve and file with the clerk written objections which identify the specific proposed findings or conclusions objected to and to state the grounds for such objection.

   Please be advised that the Proposed Findings and Conclusions extended that period by including the following paragraph:

   Bankruptcy Rule 9033 sets forth the procedure to follow with respect to a Report and Recommendation. Under Bankruptcy Rule 9033, parties ordinarily have 14 days after service of the Report and Recommendation to "serve and file with the

clerk written objections which identify the specific proposed findings or conclusions objected to and state the grounds for such objection." Under Rule 9033(c), the Court can extend the period for up to an additional 21 days. On May 30, 2014, Defendants' counsel filed a letter on the docket [Bankr. Dkt. No. 3001 ; Adv. Dkt. No. 660], requesting that the Court extend the objection deadline to allow parties additional time given the significance of the Settlement and widespread interest in the case. The letter requests a total of 38 days, including three for mailing. The letter represents that the Litigation Trust and the United States have no objection. The Court grants the request, thereby providing that parties may have a total of 38 days after the date hereof to serve and file with the clerk written objections which identify the specific proposed findings or conclusions objected to and state the grounds for such objection.

Pursuant to this order, entered by the Court, the period to object to the Proposed Findings and Conclusions had been extended and parties have until **July 7, 2014** to serve and file with the clerk written objections which identify the specific proposed findings or conclusions objected to and state the grounds for such objection.

The notice, dated May 30, 2014, contains other information relating to the filing of objections that has not changed.

Dated: June 4, 2014                                                                 Vito Genna
                                                                                    Clerk of Court

United States Bankruptcy Court
Southern District of New York

Tronox Incorporated,
    Plaintiff

Adv. Proc. No. 09-01198-alg

Anadarko Petroleum Corporation,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1     User: arouzeau     Page 1 of 2     Date Rcvd: Jun 04, 2014
                       Form ID: pdf001     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2014.
```
aty         +Wilbur O. Colom,    The Colom Law Firm, LLC,    200 6th Street North, Suite 700,
              Columbus, OH 39701-4561
unk         +Columbus, Mississippi Creosote Claimants,    Anita Gregory and,
              Columbus, Mississippi Creosote Claimants,    918 Osceola Street,    Jacksonville, FL 32204-3606
unk         +Maranatha Faith Center, Inc.,    Hal H.H. McClanahan III, Esq.,    518 Second Avenue North,
              Columbus, MS 39701-4512
unk         +Potential Claimants,    Wilbur O. Colom, Esq.,    The Colom Law Firm, LLC,
              200 6th Street North, Suite 700,    Columbus, MS 39701-4561
unk         +The AIG Parties,    Michael S. Davis, Esq.,    Zeichner Ellman & Krause LLP,
              1211 Avenue of the Americas,    New York, NY 10036-8705
unk          Thomas Earl Wright,    283 S.E. 283rd Avenue,    Camas, WA  98607-7205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2014 at the address(es) listed below:
```
          Alan E. Marder    on behalf of Unknown    UBS A.G. lgomez@msek.com
          Bethany Palmer Recht    on behalf of Interested Party    Trustee of the Tronox Incorporated Tort
           Claims Trust brecht@kmklaw.com
          David J. Mark    on behalf of Unknown    Cimarron Corporation dmark@kasowitz.com,
           courtnotices@kasowitz.com
          David J. Zott    on behalf of Plaintiff    The Anadarko Litigation Trust david.zott@kirkland.com
          David M. Stern    on behalf of Defendant    Anadarko Petroleum Corporation dstern@ktbslaw.com
          Dawn M. Cica    on behalf of Interested Party    NEVADA DIVISION OF ENVIRONMENTAL PROTECTION
           dcica@foxrothschild.com
          Duke K. McCall, III    on behalf of Defendant    Anadarko Petroleum Corporation
           duke.mccall@bingham.com,
           thomas.lotterman@bingham.com;stephen.scotch-marmo@bingham.com;lisa.plegge@bingham.com
          Francis J. Earley    on behalf of Unknown    Apollo Global Management, L.P. fearley@mintz.com,
           rcorona@mintz.com;Docketing@mintz.com
          Hal H. H. McClanahan, III    on behalf of Unknown    Maranatha Faith Center, Inc.
           threehlaw@bellsouth.net,   cdr.3hlaw@gmail.com
          Holland N. O'Neil    on behalf of Unknown    The AIG Parties honeil@gardere.com
          Janice Beth Grubin    on behalf of Unknown    ENVIRON International Corporation
           jgrubin@scsnylaw.com,   snobles@scsnylaw.com
          Jason V. Stitt    on behalf of Interested Party    Trustee of the Tronox Incorporated Tort Claims
           Trust jstitt@kmklaw.com
          Jeffrey J. Zeiger    on behalf of Plaintiff    The Anadarko Litigation Trust
           jeffrey.zeiger@kirkland.com,   sandra.gentile@kirkland.com;seth.gastwirth@kirkland.com
          Jonathan S. Henes    on behalf of Plaintiff    Tronox Incorporated jhenes@kirkland.com,
           jgoldfinger@kirkland.com;patrick.nash@kirkland.com
          Joseph Pantoja    on behalf of Intervenor-Plaintiff    The United States Of America
           joseph.pantoja@usdoj.gov
          Karen Dine,    on behalf of Unknown    Official Committee of Equity Holders of Tronox, Inc.
           karen.dine@kattenlaw.com
```

```
District/off: 0208-1           User: arouzeau            Page 2 of 2              Date Rcvd: Jun 04, 2014
                               Form ID: pdf001          Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Lydia  Protopapas    on behalf of Defendant    Anadarko Petroleum Corporation lprotopapas@winston.com, bwinfree@winston.com;jbilleck@winston.com;czumbach@winston.com;lfowler@winston.com;colsen@winston.com

      Matthew L. Schwartz    on behalf of Unknown    The United States Of America matthew.schwartz@usdoj.gov

      Maureen F. Leary    on behalf of Interested Party    State of New York maureen.leary@oag.state.ny.us

      Melanie  Gray    on behalf of Defendant    Anadarko Petroleum Corporation mggray@winston.com, bwinfree@winston.com;czumbach@winston.com;lfowler@winston.com

      Michael A. Paskin    on behalf of Creditor    Credit Suisse, Cayman Islands Branch mpaskin@cravath.com,  mao@cravath.com

      Michael S. Davis    on behalf of Unknown    The AIG Parties mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

      Robert William Yalen    on behalf of Intervenor-Plaintiff    The United States Of America robert.yalen@usdoj.gov

      Sabin  Willett    on behalf of Defendant    Anadarko Petroleum Corporation sabin.willett@bingham.com

      Wilbur O Colom    on behalf of Unknown    Colom Law Firm wil@colom.com,  kwinter@colom.com

                                                                                                                                                          TOTAL: 25