

Anita Gregory
Columbus, Mississippi Creosote Claimants
918 Osceola Street
Jacksonville, Florida 32204
904-803-3471
July 1, 2014

United States Court Bankruptcy Court ALG
Honorable Allan L. Gropper and The United States District Judge
One Bowling Green
New York, New York 10004-1408

Re: Case No. 09-10156 (ALG)   Case No. 09-01198 (ALG)   Procedure 9033

Your Honorable Judge Allan L. Gropper and The United States District Judge whom it is assigned

We respect the court and Honorable Judge Allan L. Gropper but we strongly disagree with the United States Bankruptcy Court SDNY Judge Allan L. Gropper decision that was based upon his proposed findings of fact that he based it on and conclusions of law in this matter that is being forwarded to The United States District Court for approval based on these findings. We will continue to reserve every right we have to appeal this decision. We ask the United States Bankruptcy Court and the United states District Court Judge. We ask the U.S. Department of Justice, for a review and we ask the United States District Court judge that prior to the final decision of approval or disapproval that The district Court Judge allow the Columbus , Mississippi Creosote Claimants 45 business days to finalize a meeting with Congress on a matter and to allow congress to review issues in matters prior to The United States District Court SDNY decision for approval or disapproval. We will also discuss other matters that must be discussed with Congress. We will ask that Congress immediately review or assign an over sight committee to review the documents that Kerr McGee, TRONOX, Anadarko had their own clerical team to overwrite.

Under the rights that The Columbus, Mississippi Claimants hold in The United States Constitution of the United States of America:

1. The 1st Amendment
2. The 14th Amendment
3. 42 U.S Code 1983
4. 42 US Code 1981
5. 42 US Code 1985
6. 18 U.S Code 242
7. 28 U.S. Code 1443 and all other rights that we possess as United States Citizens of the United States of America.

The Columbus, Mississippi Creosote Claimants request that Kerr McGee, Tronox, Anadarko, and all subsidiaries, affiliates, derivatives trading ,etc., pay to the Columbus, Mississippi Creosote Claimants $1.5 Billion Dollars in addition to the portion that the Columbus, Mississippi Creosote Claimants is proposed to receive in the Kerr McGee, TRONOX, Anadarko Tort Litigation Settlements. We request that the $ 1.5 Billion Dollars to be deposited in a Bank account approved by the United States Government and Court . We request upon the approval from the United States Court to allow the Columbus, Mississippi Creosote Claimants obtain a Lawyer and Accountant Approved by the court to assist The Columbus, Mississippi Creosote Claimants. Grady F. Tollison, Jr law Firm which includes any and all of his affiliates lawyers will not in any manner or degree to share any attorney fees from this $ 1.5 Billion dollars additional money and no attorney fees will be paid in any degree to Grady F. Tollison ,Jr. from any additional money paid to the Columbus, Mississippi Creosote Claimants. Grady F. Tollison, Jr. attorneys' fees will be from the settlement proceeds on the amount that has been proposed in the proposed settlement findings and conclusion portion that will go to the Columbus, Mississippi Creosote Claimants.  This separate method of depositing the $1.5 Billion dollars in a separate approved Bank Trust Account for the sole beneficiary of the Columbus, Mississippi Creosote Claimants and not to benefit the estates of TRONOX, Kerr McGee, Anadarko or the Litigation trust(s), trustees etc., but for the sole benefit of the Columbus, Mississippi Creosote Claimants. Kerr McGee ,Tronox. Anadarko is fully aware and had full knowledge of the chemical genocide and production and manufacturing process that harmed, killed and disabled many people in Columbus, Mississippi. Kerr McGee,Tronox are chemical companies and have been in the chemical business for many many years . The chemicals, the manufacturing and production process that Kerr McGee used in Columbus, Mississippi damaged the lungs, heart, liver, kidneys, blood system , brains, etc., of many of the people. The chemicals caused birth defects, sterilized women and children and prevented birth of male children. The chemicals killed many people young and old. The people that survived these chemicals and Kerr McGee, Tronox, Anadarko manufacturing process were left to live a life with debilitating diseases, weaken and damaged hearts, lungs, and immune systems

United States Court Bankruptcy Court  ALG
[Date]
Page 3

These people have inabilities and disabilities to adequately live a normal healthy life. The chemicals harming and killing of these people was industrial genocide. The killing of these people for economic profit and for the needs of the Kerr McGee business is murder. Kerr McGee was fully aware and should have been aware of the danger of all of the chemicals they used. Kerr McGee, Tronox, Anadarko did not look at the residents of Columbus, Mississippi as human they looked upon them as been expendable and was fully aware of what the chemicals were doing to the residents and was fully aware that these people their health, their lives, their love ones lives were being damaged. Kerr McGee without any concern for the people continued their manufacturing and production operations continuing to harm thesepeople little regard to their health or welfare and regarded these residents of Columbus, Mississippi as expendable even when the people illnesses were known by Kerr McGee. Agent Orange some of the same chemicals were used in The Columbus, Mississippi Kerr McGee production plant.

BILLION$$$ that is what it will cost to clean up with no end in sight for year and years to come with no end in sight. That is what Anadarko said about the clean- up of the environmental contaminated clean- up sites . That was in Year 2002. Billions was estimated by people who know Kerr McGee and also was well aware of the calamity of the sites that it will cost over 20 Billon dollars to clean up the environmental industrial hazards sites. There was one site that had radioactive material in it and they wanted to just cover it up with dirt and make a play ground for children to play. There are some areas in a foreign country that friends have been talking about that Anadarko cannot seal off the offset gas furnaces so they covered it up with soil and planted sugarcane on it. This is being done near airports and shops. TRONOX obtained Dr. Neil Ram to analyze the cost of the clean up sites. Dr. Neil Ram was given a deposition on the study and analysis how he arrived at this figure for cleanup of over 3000 sites. The Bankruptcy court Judge Allan L. Gropper based the conclusion on the analysis of Dr. Neil Ram proposal. We rebuke this analysis and proposal of Dr. Neil Ram, (some claimants ,creditors will be holding a group meeting to read as much as we can from KCC and review as a group on Dr. Neil Ram analysis). KCC had said that document could be read from their site but limited information that can be read has been found. We are having a problem reading documents. We have called KCC many times . We were told by KCC that some documents are not allowed to be read through KCC system and customer service could not assist us.

We believe that Dr. Ram came up with the figure that Kerr McGee Tronox Anadarko told him to come up with not with the true clean up figures are. The amount to clean up the sites

far exceeds $20 Billion dollars and definitely not under 2 billion dollars the figure Dr. Ram provided to the court. Dr. Ram was only giving a report just as a contractor would give. Someone bring in a too low you know they will not accept it and someone come up with a high. This is not acceptable for the Columbus, Mississippi Creosote Claimants It is not acceptable as people who will suffer from the inadequate reporting for the magnitude project of Dr. Neil Ram analysis.

Kerr McGee ,Tronox, Anadarko have been found to not to be credible and found to work in a very lawlessness partisan and subversive manner. Kerr McGee, Tronox , Anadarko has shown partisan and subversive behavior and has shown that the laws and codes afforded to protect the people of the United States can be circumvented to dodge, defraud and deceive the people. We the Columbus, Mississippi Creosote Claimants are not deceived by Kerr McGee, Tronox, Anadarko subversive behavior. We just want to know that our United States Government for which Department it is assign when faced with a crime such as this provide justice for the people.

The earth air and water, and all that it contained was harmed by Kerr McGee, Tronox, Anadarko. The Primary and significant harm was done to the people. The people, the human bodies, the lives of the alive and dead. The most harmed are the people.

The amount to clean up these contaminated sites of Kerr McGee prior to Dr. Ram was viewed by professionals that have been in business 30 to 40 years and more. They said $ Billions of dollars, they did not say about 2 or 3 billion dollars or 5 billion dollars. These expert in the business who have been in business 20, 30, 40 years and even longer than that said BILLIONS!. They said that it would cost $BILLIONS with no end in sight and that it would go on and on !. That was their analysis. These were the statements from experts.

Could the court be wise to say if the cleanup would have just been anything close to 3 to $ 4 Billons to clean up the what has been said sites would Kerr McGee have been able to sell the entire business and the buyer knowing of the environmental liabilities the buyer could have purchased and separate the oil and gas from the chemicals business themselves if they had bought it a long time ago in 2002 which is approx.. 12 years ago.

The conclusion and finding of fact from Judge Allan L. Gropper Bankruptcy for Kerr McGee TRONOX and Anadarko was based on the analysis that Dr Neil Ram the person that was obtained and hired by Kerr McGee, Tronox, and Anadarko. Dr. Ram provide his views and analysis to The United States Bankruptcy Court for Kerr McGee, Tronox and Anadarko.

Kerr McGee. Tronox. Anadarko uses tax deduction to make money and increase returns on their purchases , sales, and investments.  They made money today that is a tax write off so that is pure money this Bankruptcy is a tax deduction. Being in Bankruptcy was a Benefit to Kerr McGee, Tronox, Anadarko,  When Anadarko purchased or integrated Kerr McGee Anadarko have  made money from day 1from  the government on just their  tax deductions they are going to use.  Kerr McGee has sold the government the scheme of the century and our government bought it.  We believe that Kerr McGee, Tronox , Anadarko has made far more than $25 Billon dollar from this  Bankruptcy.  This is a benefit to Kerr McGee, Tronox and Anadarko.

 Take a look at EPA budget.  EPA is using tax payer money to clean up sites that the polluters will not pay.  Kerr McGee refused to pay a tax that would attribute to some environmental clean ups (see No.09-54 In the Supreme Court of the United States. United States Department of the Interior, Et Al Petitioners v Kerr McGee Oil and Gas Corp.)Kerr McGee, was a primary company to stand in the way and hinder on the threshold tax that would assist some environmental cleanup and went before the United States Supreme Court The tax was abolished and Kerr McGee was the primary one that stopped it. This tax was abolished for on the basis of an erroneous construction of Section 304 of the Outer Continental Shelf Deep Water royalty Relief ACT (RRA), Pub. L. No.104-58, Tit.111 109 Stat, 565(enclosure).  The fracking yes that is Anadarko Kerr McGee for present and future environmental matters.

The people of Columbus, Mississippi cried out for help and yes there were many whistle blowers concerning Kerr McGee and The EPA
 My family and Columbus Mississippi Creosote Claimants were severely injured, killed and have severe damages to  their bodies, cells  and organs damaged because of Kerr McGee Creosote Operations in Columbus, Mississippi.  These damages to our bodies cannot be offset by tax deductions through the United States Government or Kerr McGee, Tronox, Anadarko.  A lot of people in Columbus life was taken too soon due to the intentional negligence to do harm to the people of Columbus Mississippi with no more concern from Kerr McGee, Tronox, and Anadarko than that they were expendable for the operations of the Kerr McGee Creosote Plant in Columbus, Mississippi.  The life of small and unborn children were snap out of womb and out of this world for the needs of the Kerr McGee Creosote Production Plant in Columbus, Mississippi.

 A lot people retirement funds . Mutual fund are being put in some subsidiary or affiliate company of Kerr McGee , Tronox, Anadarko  and the people are unaware of this.  If the people were aware that they are investing in companies like this they would avoid their funds

from being involved with any affiliate or subsidiaries of Kerr McGee,Tronox, Anadarko. Kerr McGee , Tronox, Anadarko has integrated with so many subsidiaries and affiliate companies within the last 8 years . They will publish in the media that they sold but they really have not sold. They will have only sold a fraction of something but they also bought back shares agreements futures and retained certain selling fees and rights future holdings etc. . The sale of Kerr McGee to Anadarko published a sale of $ 18 Billion whereas it actually may have sold for approximately 25 plus$ Billion. Anadarko and other holding companies has assisted Kerr McGee and Tronox and was very much a holder of some goods and agreements. All of the goods taken from old Kerr McGee Tronox were sold to Anadarko this could be fraud because Anadarko know that the amount that was published said 18 Billon and in Bankruptcy Court Anadarko did not detail the sale. Kerr McGee, Tronox, Anadarko refused to provide documents ordered by the United States Department of Justice. The United States Department of Justice warned Kerr McGee not to destroy documents but Kerr McGee destroyed the document with full knowledge of the United States Justice Department. Kerr McGee feels as if they cannot be controlled by law or government so this lawlessness prevails. The Bankruptcy code states that if found that these were lies on the amount that Kerr McGee was sold to Anadarko this Fraud. If Found that Dr. Neil Ram lied and this was part of the scam. Kerr McGee will be found liable for Defrauding the Government.

In Grady F. Tollison deposition.(see Grady F. Tollison deposition which took place on September 13,2011 in Oxford, Mississippi) filed 07-05-12 and entered 07-05-12. See enclosure of page from Tollison deposition. Grady F. Tollison , Jr. told Duke McCall that he most of the large Med. Mals had gotten $3 Millon dollars for a bad baby case, that he had several seven figure verdicts, had had one eight figure verdicy , he said that he had had a lot of six-figure verdicts. Tollison said that he could not name them all but he they had a bunch. Duke McCall asked Tollison an when you say seven figure, eight-figure verdicts have those been seven figures recoveries for a single plaintiff? Tollison  said  Well  one I remember in particular, and this actually didn't go to trial. We tried it for 14 days of trial time, going into the fixing of the fourth week and we hadn't rested. We were the plaintiff, and was business versus business on breach of fiduciary duties, void, and we settled it for 18 million after 14 days of trial time. And so I—does that answer your question? There was a lot of trial time. Duke McCall answered yeah, yeah,. No it sounds like it . I guess I was more just curious , for example , the –the –what you referred to as the bad baby case—Tollison answered  Oh, oh, yeah . yeah .   Duke McCall  asked Tollison  was that a single  plaintiff? Tollison answered  every one I just mentioned of those that I actually tried  were single plaintiffs. Duke McCall said okay. (tollison deposition page 4 of 39)   Duke McCall showed tollison the $12 Millon dollar proof of claim that Willam Duke from Grady F.

Tollison, jr office had sent to the United States Bankruptcy Court for the Columbus, Mississippi Creosote Plaintiffs Ad Hoc Committee for $12 million dollars . dated July 31,2009 and received by the United States Bankruptcy Court on August 10.2009. When Duke McCall referred to the number of claimants was 2,500 or 2,690 represented by Tollison in the Kerr McGee Tronox Bankruptcy litigation ( tollison deposition page 30 of 39 enclosure).   Duke mccall  said  looking at the amount of the proof of Claim  and the number of claimants and looking at the number if you will , that is about a little over $4 thousand per plaintiff Does that sound ….Tollison answered  I haven't done the math. ( page 32 of 39 Grady F. Tollison deposition enclosure). Duke McCall asked Tollison  and in fact you even even thought  the -- the---claims have not been submitted  to tort trust, you expect to get a percentage of the proceeds paid out by the tort trust; is that correct?   Tollison answered I think we're contractually  entitled  to it. And not only do I expect , there a lot of other people  and they also expect it(grady F. tollison deposition pg 33 og 39 enclosure) (referring to the other 5 lawyers he said has a part in the case)

Grady f. Tollison got $18 Million for single plaintiff case for a single individual but he allowed William Duke to file a   $12 Million dollar proof of claim to the United States Bankruptcy Court for over 2600 people. What was so different with the life of the bad baby or the other bad medication individual plaintiff  and 2600 people.  Was it the color of their skin or was it their economic background? What was the difference  in a mother that lost 3 children in one house just at different times and a bad mal a bad baby.  Yes one house 3 young children and a community of deaths and near death children and young children dying. I almost died while living approximately 50 feet from Kerr Mcgee and the yard that I played in was approximately 15 feet from the black slick oily sheen pond.  I suffer to this day with organ damages that has caused me devastations in my life.

I would like for you to imagine going to your front door and looking across the street at your neighbor house. (that would be Kerr McGee ). Look at the first house next to you that would be your relatives. Look across the street from the house next to you   (that would be Kerr McGee) . Kerr McGee would burn creosote logs and batteries, all day long. Kerr McGee left a fear in my sister mind to this day that we would be burned up by Kerr McGee.

My sisters are sterile.  One of my sister had to be operated on for a growth in her throat.  I know that I suffered and would sometimes pray to die.  I was so sick and my mother had to take me miles away to a hospital in Jackson, Mississippi.  The local hospital and doctors had not a clue and after so many test and I still was no better the doctors referred my mother to take me to Jackson.  I had to go 1 to 2 times a week and Jackson was over 60 miles  away from Columbus, Mississippi.

It was very hard for us.  My sickness caused a severe hardship on my mother.  My mother was fired because she had to take so much time from work to take me to the hospital and there were days that she just could not leave me alone.  I was severely sick.  My entire internal system was wrecked.  I was so sick.  That sickness damage many organs in my body.  I t was so hard on my mother. I got sick, my mother was fired and the only male financial support my mother had was my uncle who worked at Kerr McGee .  I was sick, my mother was fired and my uncle was killed at Kerr McGee.  He was repairing something on a roller or something and no one had  put up any safety measures to let someone know that he was back there and they rolled cross ties over him.  He was crushed and burned and broken.  He died immediately.  The accident never made the papers of the accident.   We were left without any support.  It was very hard for my mother.

Kerr McGee was fleeing and scheming to ensure the statue of limitation  had passed to avoid the settlement to claimants.  There is no statue of limitation for murder.  Kerr McGee is a Chemical Company and has always been in heavy deadly chemical and had full knowledge on the chemicals use in and on wood creosote . that is worse than is worse than a hit and run.  Kerr McGee chemicals and the chemicals that was offset into the air water and earth has killed many people.  Kerr McGee was fleeing and filing bankruptcy for needs of the business.  Kerr McGee killed these people, their family and friends.  Another family around the corner of where I lived near Kerr McGee while was young. My friend her mom died of cancer at such a young age. My friend also had cancer, her sister had cancer so young and died and left young children with her sister that had cancer.  There were so many deaths in that small community and these were good people . Kerr McGee killed generations of people in the Columbus, Mississippi .  From what I see and read about Kerr McGee these days I am inclined to think that it was known test to kill the black people in the Columbus , Mississippi community. Kerr Mcgee first questions to the scientist and chemistry  industry would have been how harmful is it to my workers?, How harmful is it to the people ? Even when Kerr McGee was fully aware and had full Knowledge that these chemical were harmful to the people .Even when Kerr McGee had full Knowledge that the chemicals were harmful and deadly to the people from the air water and earth and the people were crying out and seeking

help for this problem Kerr McGee sabotaged their efforts to make the town aware of the chemical problem.

Kerr McGee need to reorganize their business so it can be profitable by shedding the history of legacy. The blood of these people cannot be shed. The needs of Kerr McGee should not override the needs of these people. These people that Kerr McGee harmed is in dire need of reorganizing their lives. The people need support and help with special needs. These people are dying and Kerr McGee want a offset claim . Your offset is from the blood and lives from all of the people whose lives you have knowingly killed and the survivors and made them sick and the court is writing that they are shedding their history of legacy. Can a murder shed his history when he poisoned people knowingly. Kerr McGee manufacturer chemicals. Kerr Mcgee Company is an subversive partisan group who has manufacture and has manufactured chemicals and used them on people . To have used them after knowing the capacity of the chemical Kerr McGee makes other chemicals. These people were just testers for Kerr McGee knowing that the use and contact with these chemical can harm the person. Kerr McGee said that they should get the same as the creditors and claimants. The Columbus, Mississippi Creosote Claimants families got death. I am unable to continue to live in a house with stairs. I must purchase a house without stairs. My needs also requires that someone is with me at all times. These claimants need special beds and housing to assist them. Some of the claimants need people to do things for them that they are no longer able to do. Some of these people lives have been wrecked and they are alone because all of their family has died of cancer. Some need special transportation to get them to doctors. The children need to get as far away from the Kerr McGee chemicals as possible. Get the children from around Kerr McGee. I know the harm that it did to me and my family. These people need hope to know that no matter how many love ones are deceased they can make it. A lot of young children have been left without parents so these children need to have help. They need money to adequately care for themselves. A lot of these people lost hope after they lost love ones and some just go on. What Kerr McGee did in a little cultural town of Columbus, Mississippi is killed and harmed a lot of people for many years.

EPA is under the Department of Justice Department . EPA was controlled by Kerr McGee in Columbus Mississippi. Killing and harming these resident of Columbus Mississippi. Kerr McGee used the EPA office as if it were Geek Squad and they had purchase tech support. We are requesting the court for us to see the last ten years of EPA finances from Kerr McGeeWe are asking as public record how much over the last ten years has Kerr McGee paid EPA? It was breach of contract with the government that manages EPA. EPA is to protect the health of people and these people who were were crying out for help and EPA in the guise of Kerr McGee fought against these Columbus, Mississippi resident to prevent the chemicals that

was already detected in the air water and earth from being exposed. EPA hindered the Columbus, Mississippi residents from knowing that chemicals from Kerr McGee Creosote production chemicals is in their water and there water is contaimanated with chemicals. This a breach of contract with the United States of America. Not enough for EPA to deny the citizens of Columbus from knowing that they had toxic chemicals in their water and soil and assist in sabotaging the person that find the toxic chemicals and informs pastor Jamison .EPA help set this young black woman up and had her arrested . All this young lady who owned her own business did was tested the water and found the chemicals in the water. EPA was angry that she found it and announced that she found it, *See Tennie white information (enclosed).

The unprofessional manner that it was handled with EPA was partisan and subversive toward the Pastor Jamison while Pastor Jamison was trying to have the water that is poisoning the town tested. The way it was with EPA the chemicals found once tested and found EPA never told and never intended it to be told to Pastor Steve Jamison that the Pastor Steve Jamison church Maranatha Faith Center, Columbus, Mississippi water had the chemicals in it. Someone that was looking out and we can thank them. The person being anonymous called the pastor and told the pastor to not to allow the people in the church to drink the water because it could harm them.

Kerr McGee had firm control over EPA. When Kerr McGee said not to do something EPA was working for Kerr McGee.

EPA and Kerr McGee is also aware of the proposed biological fungi that they are preparing to use in the soil to try to eradicate the creosote. This method that may be in future plans to test on the city of Columbus, Mississippi is being studied by EPA. This test is and can not take place in Columbus Mississippi. Columbus, Mississippi demand to know and have the right to know what you are putting in the soil and water. The Biological testing using Fungi to degrade creosote and pentachlorophenol contaminated groundwater. ( see EPA enclosure ) Columbus, Mississippi will not be used as a test site and request to know what you are putting in the soil and water and request to know what is in any application that you bring into their community and will know prior to any applications in soil and water. EPA do not have the knowledge to run the EPA office how would they know to let someone run test in

a lab and say that seem to work and they allow it to be put in the people communities water and soil.

The documents forwarded to The District Court Judge from the documents that were type by court clerks is worded by Tronox clerks and worded in a finalized wording. (because these matters have already been decided in connection with the Plan in a bankruptcy case in which the Columbus, Mississippi Creosote tort claims receiving the approximately 12% share are now barred and they or any and all claimants are precluded from further litigation because the Judge has already made a final JUDGEMENT and is no longer subject to appeal.

As provided in earlier information to the court relating to the travesties that the Columbus, Mississippi residents and the Memphis Town Community have suffered from Kerr McGee, TRONOX, Anadarko . The Columbus, Mississippi Creosote claimants also in this trial had no legal representation in this litigation which could easily be pinned as The Scheme of The Century. The dictionary meaning of the word scheme is a large scale systematic plan or arrangement for obtaining some particular object or putting a particular idea in effect (plan, project, plan of action, program, strategy, game plan, line of action, make plans in a devious way or with intent to harm.

This scheme could not have been carried out without TRONOX's participation. Tronox waited several years to cry out that they had been robbed by new Kerr McGee and Anadarko. Tronox was part of the scheme . Tronox was fully aware and informed byAnadarko Old Kerr McGee to the letter knowing what Month day and year Tronox was suppose to file for bankruptcy. Dennis Wanlass served as Interim Chief Executive officer of TRONOX Limited since August 2008 until 2001 Mr. Wanlass had previously served as Vice President, Treasurer and chief Financial Officer of Geneva Steel Company since September 1989 and served as its comtroller from 1988 to 1989. Mr. Wanlass served as Principal accounting Officer of Geneva Steel Company. The Geneva Steel Company filed for bankruptcy Chapter 11 Protection reorganization in 1999 and again approx.. three years later.

Dennis Wanlass lavish exited agreement of Dennis Wanlass from Tronox;. Dennis Wanlass four years with TRONOX was paid over 10 Million Dollars. ( see Dennis L. Wanlass Separation agreement Tronox 2011 ( enclosed ).

Tronox Incorporated and its debtor-affiliates obtained approval for five professionals from Kirkland and Ellis at hourly rates of partners $550-$1,100 , Of counsel $390-$965, associates $320-$705, Paraprofessionals $130.-$290 . The debtor will also reimburse Kirkland for necessary out of the pocket expenses. Pursuant to the Engagement letter, the debtor disclose that they have paid Kirkland $500.000 as classic retainer on June 18,2008 and an additional $250,000 on November 14.

Tronox , Incorporated and its debtor-affiliates hired Kurtzman Carson Consultants for clerical services at a hourly rate of Clerical $45-$65, project Specialist $80-$140, Consultant $165-$245, Senior consultant $295-$325, Technology $145-$195. We have been informed that these clericals obtained the court papers and write and reword word for word the way that Tronox , Kerr McGee Anadarko want the statement to say and turn it in to the court as normal court documents. This is very alarming as a claimant and as a United States Citizen to realize and know that Kerr McGee, Tronox , Anadarko schemed their way into the court to rewrite the documents. When reading the motion and other paper work we are beginning to see some very alarming and misleading ambigious information in these court papers stating what the United States is agreeing to. We feel that these actions calls for immediate observances and all of these documents must be immediately audited. We feel that this is a breach in our Justice system to allow this to happen. We are told that Kerr McGee Tronox put their people in place in the United States Bankruptcy court and put the wording in word for word what they wanted in the paper work that would be used to finalize the legal documents between the United States Justice Department and pass it on in the court system. This is an injustice to the People that Kerr McGee has harmed.

We are requesting that Congress immediately review this matter. Kerr McGee, Tronox, Anadarko changes affiliates names and subsidiaries as common as one would change a password. We are seeing that there are different companies name affiliates and subsidiaries being mentioned different times and different meaning of settlement.

The Columbus, Mississippi Creosote Claimants do not have legal fiduciary representation in this Litigation from Grady F. Tollison, Jr. (See Grady F. Tollison, Jr deposition taken on We have legal questions but have no attorney representation.

We are getting the same imformation which is no information now that the case is nearing settlement Tollison is playing the same game plan. He has never told one claimant if you want or got anything to say there is a metting or anything . Grady F. Tollison is done and

waiting on his check to be cut.   Tollison is not saying anything.  No one from Grady F. Tollison office will call claimants back and refused to answer any questions.  .Tollison office called my nephew last week  and said that they were only calling to get information on the dead.   The answers that the person provided to my nephew he said later to me is Why are they keeping everything a big secret.  He said that it sound to him that they were tryng to hide something because before he could ask a question he was being kept from asking questions just with they have not finshed up everything up in bankruptcy court and  they are closer now with being done than they were before .

My nephew said why did she not tell me some information on what is going on instead of being secret about it.  My nephew laugh I want to hear some real information .   Tell me something like you tell me.  They are  are working on it in the bankruptcy court. (laugh out loud)

I called Grady F. Tollison's office approx. a month ago to ask a questions pertaining  to the Bankruptcy motion.  I spoke with Dawn   from their office.  I asked Dawn to allow me to speak with Attorney Barbara Dollarhide  or Attorney Grady F. Tollison Jr I was informed that they could not speak with me.  I asked Dawn to please give me Attorney Grady  F. Tollison's Jr. email address.  .I was told by Dawn that she was not allowed to give out his email address. I asked Dawn to if she would give me  Attorney Dollarhide or Attorney Howard Gunn's email address   Dawn said that she was not allowed to give out the emails addresses  of any of the attorneys.  I was on the internet looking while on the phone with Dawn at Tollison's office and pulled up their website and the emails were on the site.  I asked Dawn did I have to beg for your email address  and you refuse to give me a email address that is bad. The emails addresses are on the Tollison website and you will not so much as be courteous enough to provide the email addresses of the lawyer who is to be representing me in a court case? I explained to her that each time I called the Tollison law firm the energy that I have is depleted from the experience of their rudeness.

I truly needed to have question answered.  I called the other attorneys that was on the paper that Tollison alledged that he had helping him.   My son who has neurological problems name is not on the list and it was sent to Tollison  along with his medical information by my son.  Tollison will not talk with me and I also do not know who to talk to  about this.  My son contacted and mailed Tollison paperwork but after checking he is not on the list a Not one of the attorneys will call and provide information or answer other questions.

1. I called Howard Gunn's office and asked to speak with attorney Gunn , I was told that Attorney Howard Gunn was with a client to leave my name and phone number.  I

begged them to please to ask him to return my call and please time is of the essence. That was a month ago and I have not gotten a call back.

2. I called another Attorney that was on the list . Cunningham. His secretary said that he said that he was on his way out of town and would not be back for a while and he had changed email carriers and his email was not working and he would not be able to call me back. He said that he was not working on the case.

3. I called the other attorney Orlando Richmond who said he is not working on the case. Orlando did not recall the Columbus, Mississippi Ad Hoc committee that William Duke said that it was comprised of and told me to call Grady F. Tollison Jr, he is handling the case.

4. . I called Crymes Pittman and they were not working on the case and had no information on the case. They said Grady F. Tollison was the head man. I spoke with attorney Welsh and he said they had no information and that Tollison had everything and only Tollison was working on the case.

5. I called Liston and I spoke with his son . His son was very nice and said that his father was retired and was not working on the case. The son is also a lawyer but he said that he was not working on the case. He said for me to call Grady F. Tollison, Jr.

I called Attorney Klee and Attorney Klee was very nice but said that I was represented by counsel Grady Tollison, and Attorney Klee could not talk to me.

6. I called Garettson Resolution and they have a 3 staff call center that has calls for over 10 different Environmental and settlements. Garretson call center said that they could not answer any question pertaining to the lawsuit. I was told to call my attorney.

7. I called Garretson Resolution Group and asked to speak to Ben Bauer Project manager of the Tronox , Kerr McGee, Anadarko Anadarko Tort Trust. I was never called back. I left a voice message.

To this day I have not been able to talk with any of them. We need answers. If the local attorney who has contracted to provide legal and a fiduciary with the claimants in this litigation he must perform his duties.

The EPA Public Meeting that was held in Columbus, Mississippi on May 5, 2014. Over 300 people attended. See public meeting EPA, Columbus, Mississippi, The claimants and residents were very upset that Garretson Resolution Group was not there. This was the primary reason for most people attending the meeting to be able to ask questions concerning the distribution and breakdown and no one could ask one questions. EPA or the United States Attorney Office Yalen could answer any questions for Garretson. The people were told to not to ask any questions pertaining the Garretson Resolution Group because they could not get any answers. Yet when the document are written for the Bankruptcy court it read that no questions pertaining to the money was asked. If your people do not count 300 people as a number of people and 500 people the last meeting you held then we see that that you do not believe that all men are counted equally.

We ask the court for 45 days to meet with Congress

\*We must reiterate on the Fungi and use of this biological war fare fungi(pictures enclosed).

Sincerely,

*[signature]*

Anita Gregory, Spokesperson
Columbus, Mississippi Creosote Claimants