

Attorneys at Law
35-10 Broadway, Suite 202
Astoria, New York 11106

Frank A. Ortiz  (1931-2016)　　　　　　　　　　　　　　　　　　　　　　　　Tel. (718) 522-1117
Norma E. Ortiz∗　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax (718) 596-1302
Maria Perez-Brown

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　email@ortizandortiz.com

∗ (Admitted in New York and New Jersey)

December 11, 2020

Hon. Judge Michael E. Wiles
U.S. Bankruptcy Court
One Bowling Green
New York, New York 10004

　　　　　　　　　　　　　　　Re:　　Tronox v. Anadarko, Adv. Proc. 09-1198
　　　　　　　　　　　　　　　　　　In re Tronox Incorporated, et al., Chapter 11
　　　　　　　　　　　　　　　　　　Case No. 09-10156-MEW

　　　　　　　　　　　　　　　　　　Motion to Re-Open Adv. Proceeding

Dear Judge Wiles:

　　　We have a motion to re-open the above-referenced adversary proceeding that is returnable on December 15th. The hearing on the motion was adjourned once at the request of the U.S. Attorney's Office. When the hearing was adjourned to December 15th, I informed the parties and the Court that counsel to my client, the N.A.A.C.P., may not be available on that date. I have learned that he is not available and I asked the objecting parties to consent to an adjournment. Ms. DiPierola informed me that January 27, 2021, at 10:00 a.m. was available so long as your Honor agreed to the adjournment. The objecting parties agreed to this adjourned date.

　　　For these reasons, I respectfully request that your Honor grant our request to adjourn the motion to January 27, 2021 at 10:00 a.m.

　　　Thank you for your time and consideration.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Norma E. Ortiz

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Norma E. Ortiz

　　cc:　Robert Yalen, A.U.S.A
　　　　 Peter Aranoff, A.U.S.A.
　　　　 Matthew C. Ziegler, Esq.