

Attorneys at Law
35-10 Broadway, Suite 202
Astoria, New York 11106

Frank A. Ortiz  (1931-2016)  
Norma E. Ortiz  
Maria Perez-Brown

Tel. (718) 522-1117  
Fax (718) 596-1302

email@ortizandortiz.com

(Admitted in New York and New Jersey)

December 11, 2020

Hon. Judge Michael E. Wiles  
U.S. Bankruptcy Court  
One Bowling Green  
New York, New York 10004

        Re: Tronox v. Anadarko, Adv. Proc. 09-1198  
          In re Tronox Incorporated, et al., Chapter 11  
          Case No. 09-10156-MEW

          Motion to Re-Open Adv. Proceeding

Dear Judge Wiles:

  Thank you for granting our request to adjourn the hearing on the Motion to Re-Open the above-referenced adversary proceeding from December 15, 2020, to January 27, 2021, at 10:00 a.m.

             Very truly yours,

             */s/Norma E. Ortiz*

             Norma E. Ortiz

cc: Robert Yalen, A.U.S.A  
   Peter Aranoff, A.U.S.A.  
   Matthew C. Ziegler, Esq.